UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
Houston DIVISION

CASE NAME: Inland Environmental + Remediation, Inc.        Petition Date: 9/14/16

CASE NUMBER: 16-34624-H4-11

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH October YEAR 2016

| MONTH | Sept | Oct | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 18746.97 | 0 | | | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 18746.97 | 0 | | | | |
| NET INCOME (LOSS) (MOR-6) | 18746.97 | 0 | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 0 | 0 | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0 | 0 | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 21718.88 | 325.00 | | | | |

**\*The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee\*\***

CIRCLE ONE
Are all accounts receivable being collected within terms? Yes (No)
Are all post-petition liabilities, including taxes, being paid within terms? (Yes) No
Have any pre-petition liabilities been paid? Yes (No) If so, describe ____

Are all funds received being deposited into DIP bank accounts? (Yes) No
Were any assets disposed of outside the normal course of business? Yes (No)
If so, describe ____
Are all U. S. Trustee Quarterly Fee Payments current? (Yes) No
What is the status of your Plan of Reorganization?

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE |
|---|---|
| CASUALTY YES(X) NO( ) | 3-22-17 |
| LIABILITY YES(X) NO( ) | 3-22-17 |
| VEHICLE YES(X) NO( ) | 3-22-17 |
| WORKER'S YES(X) NO( ) | 8-19-17 |
| OTHER _____ YES( ) NO( ) | |

ATTORNEY NAME: Richard Fuqua
FIRM: Fuqua + Associates
ADDRESS: 5005 Riverway Ste 250
ADDRESS:
CITY, STATE ZIP: Houston, TX 77056
TELEPHONE: 713-960-0277

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

MOR-1

TITLE President, CEO

CASE NAME: Inland Environmental & Remediation, Inc    CASE NUMBER: 16-34624-H4-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 9-14-16 | MONTH Sept 14-30 | MONTH Oct | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 2701.91 | 0 | 0 | | | | |
| Accounts Receivable, Net | 405204.30 | 457,131.46 | 331,941.31 | | | | |
| Inventory: Lower of Cost or Market | 112,000.00 | 112,000.00 | 112,000.00 | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| **TOTAL CURRENT ASSETS** | 519,906.21 | 569,131.46 | 443,941.31 | | | | |
| PROPERTY, PLANT&EQUIP, @ COST | 1,546,256.00 | 1,546,256.00 | 1,546,256.00 | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 1,546,256.00 | 1,546,256.00 | 1,546,256.00 | | | | |
| **OTHER ASSETS:** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subs | | | | | | | |
| 3. Leasehold Improvements | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | | | | |
| 4. (attach list) See below ⁑ | 2.00 | | 2.00 | | | | |
| **TOTAL ASSETS** | 3,066,163.21 | 3,115,387.46 | 2,990,199.31 | | | | |

MOR-2   *Per Schedules and Statement of Affairs

⁑ Interest in Real Property 1.00
⁑ Interest in Intellectual Property 1.00

Revised:6 14-96

CASE NAME: Inland Environmental + Remediation, Inc.    CASE NUMBER: 16,34624-H4-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH Sept | MONTH Oct | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | | 0 | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes Payable-Secured | 3,024,236.02 | 3024236.02 | 3024236.02 | | | | |
| Priority Debt | 1,414,374.98 | 1414374.98 | 1414374.98 | | | | |
| Federal Income Tax | 7,007.66 | 7007.66 | 7007.66 | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 8,449,269.44 | 8449269.44 | 8,449,269.44 | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | | | | | | | |
| **TOTAL LIABILITIES** | 9,870,652.08 | 9870652.08 | 9,870,652.08 | | | | |
| **OWNERS'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 67,154.87 | 67154.87 | 67154.87 | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | (6,737,334.00) | (6,737,334.00) | (6,737,334.00) | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | (6,804,488.87) | (6804488.87) | (6804488.87) | | | | |

MOR-3                    *Per *Schedules* and *Statement of Affairs*                    Revised:6/1496

CASE NAME: Inland Environmental & Remediation, Inc            CASE NUMBER: 16-34624-H4-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH Sept | MONTH OCT | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** | 0 | 0 | | | | |
| **TAX PAYABLE:** | 0 | 0 | | | | |
| Federal Payroll Taxes | 0 | 0 | | | | |
| State Payroll & Sales | 0 | 0 | | | | |
| Ad Valorem Taxes | 0 | 0 | | | | |
| Other Taxes | 0 | 0 | | | | |
| **TOTAL TAXES PAYABLE** | 0 | 0 | | | | |
| **SECURED DEBT POST-PETITION** | 0 | 0 | | | | |
| **ACCRUED INTEREST PAYABLE** | 0 | 0 | | | | |
| ***ACCRUED PROFESSIONAL FEES:** | 0 | 0 | | | | |
| **OTHER ACCRUED LIABILITIES:** | 0 | 0 | | | | |
| 1. | 0 | 0 | | | | |
| 2. | 0 | 0 | | | | |
| 3. | 0 | 0 | | | | |
| **_TOTAL POST-PETITION LIABILITIES (MOR-3)_** | 0 | 0 | | | | |

\* Payment Requires Court Approval.

**MOR-4**

Revised:6/14/96

CASE NAME: Inland Environmental y Remediation, Inc   CASE NUMBER: 16-34624-H4-11

## AGING OF POST-PETITION LIABILITIES
MONTH October

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 225,236.71 | 225236.71 | | | | |
| 31-60 | 213,594.14 | 213594.14 | | | | |
| 61-90 | 15934.77 | 15934.77 | | | | |
| 91+ | 3602900.81 | 2181518.17 | 7007.66 | 1,414,374.98 | | |
| TOTAL | 4,057,666.43 | 2636283.79 | 7007.66 | 1414374.98 | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0-30 DAYS | 34,523.30 | | | | | | |
| 31-60 DAYS | 138935.73 | | | | | | |
| 61-90 DAYS | 69469.17 | | | | | | |
| 91 + DAYS | 214786.27 | | | | | | |
| TOTAL | 457 714.47 | | | | | | |

MOR-5

Revised:6/14/96

CASE NAME: Inland Environmental & Remediation, Inc.   CASE NUMBER: 16-31624-H4-11

## STATEMENT OF INCOME (LOSS)

| MONTH | Sept | Oct | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 18746.97 | 0 | | | | | |
| TOTAL COST OF REVENUES | | | | | | | |
| GROSS PROFIT | 18746.97 | 0 | | | | | |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | |
| General & Administrative | | | | | | | |
| Insiders Compensation | | | | | | | |
| Professional Fees | | | | | | | |
| Other (attach list) | | | | | | | |
| | | | | | | | |
| TOTAL OPERATING EXPENSES | 0 | 0 | | | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 18746.97 | | | | | | |
| INTEREST EXPENSE | | | | | | | |
| DEPRECIATION | | | | | | | |
| OTHER (INCOME) EXPENSE* | | | | | | | |
| OTHER ITEMS** | | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | | | | | | | |
| NET INCOME BEFORE TAXES | 18746.97 | 0 | | | | | |
| FEDERAL INCOME TAXES | | | | | | | |
| NET INCOME (LOSS) (MOR-1) | 18746.97 | 0 | | | | | |

Accrual Accounting Required, Otherwise Footnote With Explanation
* Footnote Mandatory
** Unusual and/or infrequent item(s) outside the ordinary course of business; requires footnote

**MOR-6**

Revised:6/14/96

CASE NAME: Inland Environmental & Remediation, INC      CASE NUMBER: 16-34624-H4-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Sept | MONTH Oct | MONTH | MONTH | MONTH | MONTH | SIX MONTHS TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 2991.91 | 2602.90 | | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 18746.97 | 125190.15 ※ | | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | |
| 6. OTHER (attach list) | | | | | | | |
| TOTAL RECEIPTS | 21718.88 | 0 | | | | | |
| (Withdrawal)Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | |
| 10. SECURED / RENTAL / LEASES | | | | | | | |
| 11. UTILITIES | | | | | | | |
| 12. INSURANCE | | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | |
| 17. ADMINISTRATIVE & SELLING | | | | | | | |
| 18. OTHER (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | | | | | | | |
| 19. PROFESSIONAL FEES | | | | | | | |
| 20. U.S. TRUSTEE FEES | | 325.00 | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS | 21718.88 | 325.00 | | | | | |
| 22. NET CASH FLOW | 0 | 2277.90 | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 0 | 2277.90 | | | | | |

MOR-7                *Applies to Individual debtor's only.                Revised:6/14/96

※ $0 collected by Debtor
$125,190.15 was collected & retained by Factoring Company

CASE NAME: Inland Environmental + Remediation, Inc            CASE NUMBER: 16-34624-H4-11

## CASH ACCOUNT RECONCILIATION
## MONTH OF October

| BANK NAME | Capital One | Capital One | | Capital One | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #3820671596 | #3820101757 | # | 3820264249 | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0 | 0 | | 0 | 0 |
| DEPOSIT IN TRANSIT | 0 | 0 | | 0 | 0 |
| OUTSTANDING CHECKS | 0 | 0 | | 0 | 0 |
| ADJUSTED BANK BALANCE | 0 | 0 | | 0 | 0 |
| BEGINNING CASH - PER BOOKS | 0 | 0 | | 0 | 0 |
| RECEIPTS | 0 | 0 | | 0 | 0 |
| TRANSFERS BETWEEN ACCOUNTS | 0 | 0 | | 0 | 0 |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | 0 | 0 | | 0 | 0 |
| CHECKS/OTHER DISBURSEMENTS | 0 | 0 | | 0 | 0 |
| ENDING CASH - PER BOOKS | 0 | 0 | | 0 | 0 |

MOR-8 page 1

Revised:6/14/96

CASE NAME: Inland Environmentaly Remediation, Inc

CASE NUMBER: 16:34624-H4-11

## CASH ACCOUNT RECONCILIATION
## MONTH OF October

| BANK NAME | Capital One | Capital One | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #3023937483 | #3023937491 | # | | |
| *ACCOUNT TYPE* | **OPERATING** | **PAYROLL** | **TAX** | **OTHER FUNDS** | **TOTAL** |
| BANK BALANCE | 2602.90 | | | | 2602.90 |
| DEPOSIT IN TRANSIT | | | | | |
| OUTSTANDING CHECKS | 325.00 | | | | 325.00 |
| ADJUSTED BANK BALANCE | 2277.90 | | | | 2277.90 |
| BEGINNING CASH - PER BOOKS | 0 | | | | 0 |
| RECEIPTS | | | | | |
| TRANSFERS BETWEEN ACCOUNTS | 2277.90 | | | | 2277.90 |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | | | | | |
| CHECKS/OTHER DISBURSEMENTS | | | | | |
| ENDING CASH - PER BOOKS | 2277.90 | | | | 2277.90 |

MOR-8 page 2

Revised:6/14/96

CASE NAME: Inland Environmental & Remediation, Inc.      CASE NUMBER: 16-34624-H4-11

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH Sept | MONTH Oct | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. NONE | 0 | 0 | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | 0 | 0 | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH Sept | MONTH Oct | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. NONE | 0 | 0 | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 0 | 0 | | | | |

MOR-9

Revised:8/14/9