IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 16-34624 |
| INLAND ENVIRONMENTAL AND | § | |
| REMEDIATION, INC. | § | |
| | § | CHAPTER 11 |
| Debtor | § | |

**JOINT MOTION OF DEBTOR AND JOHN DEERE CONSTRUCTION & FORESTRY COMPANY FOR APPROVAL OF AGREED ORDER ABANDONING CERTAIN PERSONAL PROPERTY OF THE ESTATE**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

TO THE HONORABLE JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW,** Inland Environmental and Remediation, Inc., the Chapter 11 Debtor herein and John Deere Construction & Forestry ("Deere"), a party in interest herein, files this Joint Motion for Approval of Agreed Order permitting Debtor to abandon certain personal property of the estate pursuant to Bankruptcy Rule 6007(a) and 11 U.S.C. § 554(a) and in

1

support thereof respectfully shows the Court the following:

1. Jurisdiction is conferred on this Court pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on September 14, 2016. From and since the date of the petition, except as provided herein, Debtor has maintained possession of its property and continues to remain in control of its ongoing business affairs as Debtor in-possession pursuant to the provisions of 11 U.S.C. §§ 1107 and 1108.

4. On or about October 11, 2016 Debtor filed its schedules and statement of financial affairs.

5. The Debtor has agreed to abandon certain personal property consisting of the following four (4) pieces of which were repossessed by Deere in November, 2015 (the "Equipment"): One John Deere Model 844K Wheel Loader s/n 1DW844KXKDE655784; and three John Deere 460E Articulated Dump Trucks, Vin Nos. 1DW460ETKCE649332, 1DW4SOETVCE649559 and 1DW460ETEDE650587. Deere gave its notices of sale many months ago. However, due to the nature of the Equipment, completion of the sales of the Equipment have not occurred.

6. The Debtor seeks authority to abandon the equipment pursuant to Bankruptcy Rule 6007 any and 11 U.S.C. § 554(a) pursuant to an agreement with Deere, as a party–in interest. Bankruptcy Code section 554(a) provides that a trustee may abandon "property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the

2

estate." 11 U.S.C. § 554(a).

7. The Debtor has not had use of the Equipment for almost a year and has no equity in the Equipment. Consequently, the Debtor has determined the Equipment is of inconsequential value or benefit to the estate, and should therefore be abandoned. Further, any recover of, retention of the Equipment would be burdensome to the bankruptcy estate. Deere repossessed the Equipment in November of 2015 and has already given its notices of sale. Therefore, the Debtor, along with Deere, seek approval of their agreement to abandon the Equipment, to the extent such Equipment is property of the bankruptcy estate, and hereby give notice of the proposed abandonment. A copy of the Agreed Order abandoning the equipment is attached to this Motion.

8. By this motion, the Debtor does not at this time intend to abandon any claims, causes of action, receivables, licenses or other intangibles that may comprise the Debtor's bankruptcy estate, or any subsequently discovered assets of the Debtor's estate.

9. The parties request the Court approve the Agreed Order abandoning the Equipment.

WHEREFORE PREMISES CONSIDERED, Debtor and Deere respectfully request that the Court approve Debtor's the Agreed Order abandoning the Equipment and grant the parties such other and further relief, both general and special to which it may be justly entitled.

Respectfully submitted,


By: */s/ Richard L. Fuqua*
    Richard L. Fuqua
    SBN 07552300
    5005 Riverway, Suite 250
    Houston, TX  77056
    Phone: (713) 960.0277
    Fax: (713) 960-7064
    rlfuqua@fuqualegal.com

**ATTORNEY FOR DEBTOR**


LAW OFFICES OF T. H. KELLEY, P.C.

By: */s/ Teri H. Kelley*
    Teri H. Kelley
    SBN 10176900
    6750 West Loop S., Ste 920
    Bellaire, TX  77401
    Phone: (832) 485-3515
    Fax:    (832) 485-3517
    tk@thkelleylaw.com

**ATTORNEY FOR JOHN DEERE**
**CONSTRUCTION & FORESTRY COMPANY**

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 5, 2016, a true and correct copy of the above and foregoing Joint Motion of Debtor and John Deere Construction & Forestry Company for Approval of Agreed Order Abandoning Certain Personal Property of the Estate was served on the following parties by the following means:

**Debtor (by regular first class mail)**
Inland Environmental and Remediation, Inc.
1022 Schultz Road
Columbus, TX  78934

**Debtor's Attorney (Via ECF)**
Richard L. Fuqua whose email address is fuqua@fuqualegal.com

**U.S. Trustee (Via regular first class mail & ECF)**
Christine March whose email address is: christine.a.march@usdoj.gov
Office of the U.S. Trustee
515 Rusk, Ste 3516
Houston, TX  77002

**Counsel for Counsel for Official Committee of Unsecured Creditors Committee(Via ECF)**
Bennett G. Fischer whose email address is bgf@fisherlaw.net

**Official Committee of Unsecured Creditors:**
Cook-Joyce, Inc., c/o Stacey Granger, whose email is;  stacey.granger@cook-joyce.com
Cinco J d/b/a Johnson Oil Co., c/o Debra Goodwin whose email is: dgoodwin@joc-tigertote.com
Fitzgerald Trucking Inc., c/o Holly Fitzgerald whose email is: hollyn.fitzgerald@att.net

**Other parties requesting notice(Via ECF)**
Owen Sonik whose email is: osonik@pbfcm.com
Gregory M. Weinstein whose email is: gweinstein@weinrad.com
Jeffrey D. Stewart whose email is: jstewart@wellscuellar.com
William S. Chesney whose email is: wchesney@felct.com
John Castillo whose email is: jcastillo@fcbtxlaw.com
Steven A. Leyh whose email is: sleyh@leyh-payne.com

**All other creditors and parties in interest** (via the Court's ECF filing system or by regular first class mail as set forth on attached service list.)

                */s/ Teri H. Kelley*
                Teri H. Kelley

```
Label Matrix for local noticing              Colorado County and Milano Independent Schoo      G&K Services, Co
0541-4                                       c/o John T. Banks                                 Attn: Russell Harsch
Case 16-34624                                3301 Northland Drive, Suite 505                   7355 Denny St.
Southern District of Texas                   Austin, TX 78731-4954                             Houston, Tx 77040-4848
Houston
Mon Dec  5 10:50:47 CST 2016

Inland Environmental and Remediation, Inc.   Komatsu Financial Limited Partnership             Maverick Field Services, LLC and Maverick Fi
1022 Schultz Rd.                             c/o Ben L. Aderholt                               c/o Matthew T. Taplett, Esq.
Columbus, TX 78934-4969                      9 Greenway Plaza                                  500 W.7th St. #600
                                             Suite 1100                                        Fort Worth, TX 76102-4751
                                             Houston, TX 77046-3653

                                             ADP Inc.                                          ARA Transportation
                                             P.O. Box 842875                                   1000 River Rd Ste L
                                             Boston, MA 02284-2875                             San Marcos, TX 78666-8046

AT & T Mobility
P O Box 6463
Carol Stream, IL 60197-6463


AT&T Corp.                                   ATL-Transportation LLC
c/o AT&T Services, Inc.                      PO Box 617
Karen A. Cavagnaro-Lead Paralegal            Kyle, TX 78640-0617
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

ATT-2576                                     ATT-2798
PO Box 105414                                PO Box 5019
Atlanta, GA 30348-5414                       Carol Stream, IL 60197-5019



Action Resources, Inc.                       (p)AIRGAS USA LLC                                 Alamo Lumber Company
Dept # 1563                                  110 WEST 7TH STREET                               PO Box 17258
PO Box 11407                                 SUITE 1300                                        San Antonio, TX 78217-0258
Birmingham, AL  35246-1563                   TULSA OK 74119-1106

Allgayer, Inc                                Amp Control Electric Ltd.                         Aqua Beverage Company
P.O. Box 611                                 c/o Stephen D. Finch                              701-A West Jackson
El Campo, TX 77437-0611                      105 W. Donegan St.                                El Campo, TX 77437-4141
                                             Seguin, TX 78155-6117

Armadillo Portable Toilets                   B Environmental                                   BAK Trucking Inc
P O Box 246                                  1606 E Brazos, Suite D                            P O Box 154
Columbus, TX 78934-0246                      Victoria, TX 77901-5532                           Moulton, TX 77975-0154

BB&T/CSC Logic                               Bartlett Electric Cooperative Inc.
P.O. Box 1518                                P.O. Box 200
Coppell, TX 75019-1518                       27492 Highway 95
                                             Bartlett, TX 76511-0200
```

Boundary Ventures, Inc.
1022 Schultz Rd.
Columbus, TX 78934-4969

Bradley W. Cole
507 N. Sam Houston Pkwy Suite 296
Houston, TX 77060-4068

Brenham Electric Motor Service
801 S Blue Bell Rd
Brenham, TX 77833-4407

Bryan Hose and Gasket
1800 Quality Park Lane
P.O. Box 2320
Bryan, TX 77806-2320

Bulverde Auto & Truck Supply
20475 Hwy 46 W Suite 340
Spring Branch, TX 78070-6147

Butch's Rat Hole & Anchor Serv
PO Box 1323
Levelland, TX 79336-1323

Byron Watson Trucking Inc.
PO Box 250
Kirbyville, TX 75956-0250

Capital One
PO Box 60024
New Orleans, LA 70160-0024

Capital One Bank
PO Box 1801
Laurel, MD 20725-1801

Caterpillar Financial Services
PO Box 340001
Nashville, TN 37203-0001

Champion Septic Services
6977 FM 2319
Loraine, TX 79532-2905

Chrysler Capital
P.O. Box 961278
Fort Worth, TX 76161-0278

Cinco J., Inc. dba Johnson Oil Company
c/o Donna Brown, P.C.
1250 S. Capital of Texas Highway
Building I, Suite 320
Austin, TX 78746-6446

Cintas - Altair
Loc. #082
PO Box 650838
Dallas, TX 75265-0838

Cintas - Milano #86
PO BOX 650838
Dallas, TX 75265-0838

Cintas - RUS
c/o Allen D. Russell
Taylor Taylor & Russell
2777 Allen Parkway, Ste. 1000
Houston, TX 77019-2165

Coastal Engine & Compression
PO Box 951
Edna, TX 77957-0951

Colorado County Appraisal District
P.O. Box 10
Columbus, TX 78934-0010

Columbus Bearing & Industrial Sup
P.O. BOX 2112
Victoria, TX 77902-2112

Company Wrench
4805 Scooby Ln
Carroll Ohio 43112-9446

Compliant Resolutions
2126 Wilderness Point Drive
Kingwood, TX 77339-2205

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Cook-Joyce Inc.
812 W 11th St.
Austin, TX 78701-2000

Cortex Business Solutions USA
PO Box 572260
Houston, TX 77257-2260

Cross Roads Oil Field Supply LTD
P O Box 1546
El Campo, TX 77437-1546

Crowe Company
PO Box 234
Milano, TX 76556-0234

D & B Services
P O Box 1483
Victoria, TX 77902-1483

DISA Inc
Dept 890314
PO Box 120314
Dallas, TX 75312-0314

| | | |
|---|---|---|
| DNOW L.P<br>PO BOX 200822<br>Dallas, TX 75320-0822 | DUCKETT, BOULIGNY & COLLINS<br>PO Box 1567<br>El Campo, TX 77437-1567 | Dan L. Fulkerson<br>2900 North Loop West, Suite 500<br>Houston, TX 77092-8826 |
| David Polston<br>P O Box 398<br>Columbus, TX 78934-0398 | Doggett Heavy Machinery Serv<br>9111 North Freeway<br>Houston, TX 77037-2038 | |
| EMEDCO INC<br>PO Box 369<br>Buffalo, NY 14240-0369 | ERGOS Technology<br>3831 Golf Drive<br>Houston, TX 77018-5218 | Emedco Inc<br>39209 Treasury Center<br>Chicago, IL 60694-9200 |
| Encore Industrial Products<br>PO BOX 300<br>Barker, TX 77413-0300 | Energes, LLC<br>c/o Andrew Ketner<br>Hughes Arrell Kinchen LLP<br>1221 McKinney, Ste. 3150<br>Houston, TX 77010-2034 | Excel Micro, LLC<br>PO Box 9515<br>New York, NY 10087-4515 |
| Fedex<br>P O Box 660481<br>Dallas, TX 75266-0481 | First Insurance Funding Corp.<br>PO Box 7000<br>Carol Stream, IL 60197-7000 | Fitzgerald Trucking<br>P.O. Box 433<br>Minco, OK 73059-0433 |
| Frank A. Piazza, Jr.<br>820 Gessner, Suite 1075<br>Houston, TX 77024-4496 | Frank Surveying Company Inc.<br>2205 Walnut Street<br>Columbus, TX 78934-5008 | G&K Services<br>PO BOX 842385<br>Boston, MA 02284-2385 |
| GBH CPAs, PC<br>6002 Rogerdale Road, Suite 500<br>Houston, TX 77072-1660 | GCR Tires & Service<br>PO Box 910530<br>Denver, CO 80291-0530 | Garland Sandhop, Jr.<br>Attorney at Law<br>104 Regency Avenue<br>Victoria, TX 77904-2480 |
| Goldberg Asset Monitoring LLC<br>19315 Bartlett Bay<br>San Antonio, TX 78258-3845 | Grainger Dept 849833462<br>PO Box 419267<br>Kansas City, MO 64141-6267 | Gulf Coast Accusearch<br>2129 FM 2920 #190-119<br>Spring, TX 77388-3671 |
| Gyrodata Incorporated<br>Marco A. Castilla<br>23000 Northwest Lake Dr.<br>Houston, TX 77095-5344 | HCTRA - Violations DEPT 1<br>PO BOX 4440<br>Houston, TX 77210-4440 | Hance Scarborough et al<br>400 W. 15th Street, Suite 950<br>Austin, TX 78701-1696 |
| Harris County Rentals<br>24010 Tomball Pkwy<br>Tomball, TX 77375-8221 | | Hill Country Springs<br>PO Box 2220<br>Manchaca, TX 78652-2220 |

| | | |
|---|---|---|
| Hutchison Hayes Separation Inc.<br>Dept. 3256<br>PO Box 123256<br>Dallas, TX  75312-3256 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Ira Testers<br>PO Box 195<br>Ira, TX 79527-0195 |
| Iron Mountain<br>PO Box 915004<br>Dallas, TX 75391-5004 | J & W Auto Parts<br>205 FM 3013<br>Eagle Lake, TX 77434 | Jackson Walker L.L.P.<br>P.O. Box 130989<br>Dallas, TX 75313-0989 |
| Johnson Oil Company<br>PO Drawer 1959<br>Gonzales, TX 78629-1459 | | Ken Owens<br>PO Box 4121<br>Roswell, NM 88202-4121 |
| Kerley & Sears, Inc<br>4331 Cement Valley Rd.<br>Midlothian, TX 76065-5307 | Kimball Midwest<br>Dept. L-2780<br>Columbus, Ohio  43260-2780 | Knife River<br>PO Box 674<br>Bryan, TX 77806-0674 |
| (p)KOMATSU FINANCIAL LIMITED PARTNERSHIP<br>1701 W GOLF ROAD SUITE 1-300<br>ROLLING MEADOWS IL 60008-4208 | Krause & Associates LP<br>504 West 13th Street<br>Austin, Texas 78701-1839 | Kubco<br>Attn: Accts Receivable<br>8031 Breen Rd<br>Houston, TX 77064-8417 |
| Lake Lumber Co Inc<br>200 Glen Flora Road<br>Eagle Lake, TX 77434-2857 | Lavaca County Office Supply Inc.<br>South Texas School Furniture<br>PO Box 372<br>Hallettsville, TX 77964-0372 | Lease Consultants<br>PO Box 71397<br>Des Moines IA 50325-0397 |
| MTX Transport Riviera Finance<br>P.O. Box 202487<br>Dallas, TX 75320-2487 | MVC Environmental Corp.<br>1918 Rachel Ln.<br>Round Rock, TX 78664-7454 | Machinery Maintenance Rebuilders<br>6927 Brittmoore Rd.<br>Houston, TX 77041-3307 |
| Martin & Drought PC<br>Bank of America Plaza 25th Floor<br>300 Convent Street<br>San Antonio, TX  78205-3789 | Martin Electric Co. Inc.<br>1504 W. Jackson St.<br>El Campo, TX 77437-9310 | Maverick Field Services Logistics<br>PO BOX 262<br>La Grange, TX 78945-0262 |
| Memorial Hospital<br>PO BOX 587<br>Gonzales, TX  78629-0587 | Messy Oil & Gas<br>6690 Highway 71<br>Garwood, TX 77442-4166 | |
| Milano Water Supply<br>P O Box 181<br>Milano, TX 76556-0181 | Mustang Rental Services<br>PO Box 4346, Dept 188<br>Houston, TX 77210-4346 | Northern Safety and Industrial<br>P O Box 4250<br>Utica, NY 13504-4250 |

| | | |
|---|---|---|
| Nueces Power Equipment<br>PO Box 4789<br>Corpus Christi, TX 78469-4789 | Office Depot<br>PO Box 88040<br>Chicago IL 60680-1040 | Ofi Testing Equipment<br>11302 Steeplecrest Drive<br>Houston, TX 77065-5649 |
| Oil Patch Downhole Services, Inc.<br>c/o Holly Hamm<br>Snow Spence Green LLP<br>2929 Allen Parkway, Ste. 2800<br>Houston, TX 77019-7100 | PCI Plate Cut Inc<br>7218 Canal St.<br>Houston, TX 77011-2766 | PX Transportation DBA Star Bulk<br>4650 FM 482<br>New Braunfels, TX 78132-4927 |
| Patriot Oilfield Services, LLC<br>101 W Goodwin<br>Victoria, TX 77901-6548 | PaveTex Engineering and Testing<br>3989 Highway 290 East<br>Dripping Springs, TX 78620-4287 | Pierpont Communications<br>1800 West Loop South, Suite 800<br>Houston, TX 77027-3261 |
| Pioneer Oilfield Trucking Inc.<br>P O Box 5774<br>Victoria, TX 77903-5774 | Pioneer Oilfield Trucking, Inc.<br>Garland Sandhop, Jr., Esq.<br>104 Regency Avenue<br>Victoria, TX 77904-2480 | Pitney Bowes Global Financial Svc<br>P O Box 371887<br>Pittsburgh, PA 15250-7887 |
| Pitney Bowes Purchase Power<br>P O Box 371874<br>Pittsburgh, PA 15250-7874 | Polar Ice Inc.<br>PO Box 2312<br>Brenham, TX 77834-2312 | Praxair<br>P O Box 120812 Dept 0812<br>Dallas, TX 75312-0812 |
| Pro Field Services Inc.<br>P.O. Box 525<br>Halletsville, TX 77964-0525 | ProSearch USA LLC<br>5150 Broadway St, Suite 490<br>San Antonio, TX 78209-5710 | Progressive County Mutual Ins. Co.<br>P.O. Box 105428<br>Atlanta, GA 30348-5428 |
| Progressive Waste Solutions TX<br>North Central Texas District<br>PO Box 650308<br>Dallas TX 75265-0308 | Pump & Power Equipment LLC<br>PO BOX 450270<br>Houston, TX 77245-0270 | Quality Electric Inc<br>1004 Collingsworth<br>Houston, TX 77009-4999 |
| Quill Corporation<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | R Construction Company<br>PO Box 189<br>Buffalo, TX 75831-0189 | R. W. Byram & Company<br>25 N. Main St.<br>Elgin, TX 78621-2657 |
| RBR Oil<br>c/o Stuart Maxey<br>Bradley Arant Boult Cummings LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2120 | Rhino Trucking<br>P.O. Box 11<br>Snyder, TX 79550-0011 | Rice Medical Center<br>P O Box 277<br>Eagle Lake, TX 77434-0277 |
| Richard Munoz Trucking LLC<br>Riveria Finance<br>P.O. Box 202485<br>Dallas, TX 75320-2485 | Rigdata<br>P O Box 820547<br>Fort Worth, TX 76182-0547 | Riviera Finance<br>C/O Fry Enterprises<br>819 Indian Run Dr<br>Pflugerville, TX 78660-3871 |

| | | |
|---|---|---|
| Riviera Finance of Texas Inc<br>Daniel W. Mourning Esq. Legal Cnsl<br>5506 Sunol Blvd Ste 203<br>Pleasanton CA 94566-7779 | Rockdale Welding Supply<br>2004 W Cameron Ave<br>Rockdale, TX 76567-2617 | SJ Trucking LLC<br>2105 FM 1470<br>Poteet, TX 78065-4326 |
| SOB Transportation<br>6690 Highway 71<br>Garwood, TX 77442-4166 | Sage Environmental Consulting LP<br>PO Box 1883<br>San Antonio, TX 78297-1883 | San Bernard Electric Coop Inc<br>P O Box 309<br>Columbus, TX 78934-0309 |
| Scherwman Trucking<br>62522 Collections Center Drive<br>Chicago, IL 60693-0625 | Schwerman Trucking Co<br>611 South 28 Street<br>Milwaukee WI 53215-1200 | Screiber, LLC<br>c/o Kellye M. Walne<br>Walne Law, PLLC<br>4900 Woodway, Ste. 975<br>Houston, TX 77056-1860 |
| Silver Eagle Environmental Sol.<br>191 Beechcraft Lane<br>Seguin, TX 78155-2512 | Sparkletts Standard<br>PO Box 660579<br>Dallas, TX 75266-0579 | State Tax Advisors LP<br>1308 Kingwood Drive, #102<br>Kingwood, TX 77339-2972 |
| Stewart Organization<br>PO Box 166708<br>Irving, TX 75016-6708 | Strouhal Tire Recapping Plant<br>PO Box 1000<br>El Campo, TX 77437-1000 | SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |
| SunTrust Bank, Support Services<br>Bankruptcy Dept, PO Box 85092<br>Richmond, VA 23285-5092 | TSI Laboratories<br>1810 South Laurent<br>Victoria, TX 77901-9490 | TXU Energy Retail Company LLC<br>C/O Bankruptcy Department<br>PO Box 650393<br>Dallas TX 75265-0393 |
| Takeuchi Financial Services<br>c/o James Roach, VP<br>475 Sansome Street, 19th Floor<br>San Francisco, CA 94111-3172 | Texas Disposal Systems Inc.<br>PO Box 660816<br>Dallas, TX 75266-0816 | Texas Process Equipment<br>DEPT 678<br>PO BOX 4346<br>Houston, TX 77210-4346 |
| Texas Propane<br>PO Box 429<br>Hwy 77 North<br>Rockdale, TX 76567-0429 | The Witherspoon Law Firm<br>9210 Larston St.<br>Houston, TX 77055-6418 | Tommie Vaughn Auto Country<br>PO Box 550<br>Columbus, TX 78934-0550 |
| TxTag<br>PO Box 650749<br>Dallas, TX 75265-0749 | Ty J. Wood<br>PO Box 1069<br>Colorado City, TX 79512-1069 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Uline Attn: Accts. Receivable<br>PO Box 88741<br>Chicago, IL 60680-1741 | Uline Shipping Supplies<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | (p)UNITED RENTALS NORTH AMERICA INC<br>3200 HARBOR LN N<br>MINNEAPOLIS MN 55447-5295 |

| | | |
|---|---|---|
| Unum Life Insurance Company<br>PO Box 409548<br>Atlanta, GA 30384-9548 | Waukesha-Pearce Industries Inc<br>P.O BOX 204116<br>Dallas, TX 75320-4116 | Waukesha-Pearce Industries, Inc.<br>P.O. Box 35068<br>Houston, TX 77235-5068<br>7 77235-5068 |
| Wells Fargo Equipment Finance<br>NW-5934<br>P O Box 1450<br>Minneapolis, MN 55485-5934 | Wholesale Chemical Company Inc<br>PO Box 130028<br>The Woodlands TX 77393-0028 | XTIRI<br>PO Box 2947<br>St. George, UT 84771-2947 |
| Yancey Transportation<br>P.O. Box 2824<br>Conroe, TX 77305-2824 | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 16-34624 |
| INLAND ENVIRONMENTAL AND | § | |
| REMEDIATION, INC. | § | |
| | § | CHAPTER 11 |
| **Debtor** | § | |

**AGREED ORDER ON JOINT MOTION OF DEBTOR AND JOHN DEERE CONSTRUCTION & FORESTRY COMPANY FOR APPROVAL OF AGREED ORDER ABANDONING CERTAIN PERSONAL PROPERTY OF THE ESTATE**

Came on for consideration the Joint Motion of Debtor and John Deere Construction and Forestry Company for Approval of Agreed Order Abandoning Certain Personal Property of the Estate, and the Court finds that notice of the Motion was sufficient and there having been no timely objection or other response to the Motion, the allegations in the Motion stand unopposed, and therefore finds the below described property burdensome to the estate, and is of inconsequential value and benefit to the estate; and the Court is of the opinion that this Agreed Order should be approved.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED THAT** the following described property is hereby **DEEMED ABANDONED:**

1. One John Deere Model 844K Wheel Loader s/n 1DW844KXKDE655784;
2. Three John Deere 460E Articulated Dump Trucks, Vin Nos. 1DW460ETKCE649332, 1DW4SOETVCE649559 and 1DW460ETEDE650587

SIGNED this ___ day of _____, 2016.

_____
Jeff Bohm
U.S. Bankruptcy Judge

APPROVED AND AGREED AS TO SUBSTANCE AND FORM:

By:    */s/ Richard L. Fuqua*
       Richard L. Fuqua
       SBN 07552300
       5005 Riverway
       Suite 250
       Houston, TX  77056
       Phone: (713) 960-0277
       Fax: (713) 960-1064
       rlfuqua@fuqualegal.com

       ATTORNEY FOR DEBTOR


       LAW OFFICES OF T. H. KELLEY, P.C.

By:    /s/ *Teri H. Kelley*
       Teri H. Kelley
       SBN 10176900
       6750 West Loop S., Ste 920
       Bellaire, TX  77401
       Phone: (832) 485-3515
       Fax:    (832) 485-3517
       tk@thkelleylaw.com

       ATTORNEY FOR JOHN DEERE
       CONSTRUCTION & FORESTRY COMPANY