MOR-1

# UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| CASE NAME: | Inland Environmental & Remediation, Inc. |
| CASE NUMBER: | 16-34624-H4-11 |

| | |
|---|---|
| PETITION DATE: | 9/14/2016 |
| DISTRICT OF TEXAS: | Southern and Western Disctricts |
| DIVISION: | Houston |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH November YEAR 2016

| MONTH | September | October | November | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 18,746.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC/TAX (MOR-6) | 18,746.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 18,746.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 21,718.88 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| | | |
|---|---|---|
| Are all accounts receivable being collected within terms? | | No |
| Are all post-petition liabilities, including taxes, being paid within terms? | | Yes |
| Have any pre-petition liabilities been paid? | | No |
| If so, describe | | |
| Are all funds received being deposited into DIP bank accounts? | | Yes |
| Were any assets disposed of outside the normal course of business? | | No |
| If so, describe | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | | Yes |
| What is the status of your Plan of Reorganization? | | |

### REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE

| | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (x) NO ( ) | 3/22/2017 |
| LIABILITY | YES (x) NO ( ) | 3/22/2017 |
| VEHICLE | YES (x) NO ( ) | 3/22/2017 |
| WORKER'S | YES (x) NO ( ) | 8/19/2017 |
| OTHER | YES ( ) NO ( ) | --- |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _[signature]_ TITLE: President, CEO
(ORIGINAL SIGNATURE)

David Polston    2/02/17
(PRINT NAME OF SIGNATORY)    DATE
President/CEO

| | |
|---|---|
| ATTORNEY NAME: | Richard Fuqua |
| FIRM NAME: | Fuqua and Associates |
| ADDRESS: | 5005 Riverway, Suite 250 |
| CITY, STATE, ZIP: | Houston, TX 77056 |
| TELEPHONE/FAX: | 713-960-0277 |

MOR-1

CASE NAME: Inland Environmental & Remediation, Inc.
CASE NUMBER: 16-34624-H4-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 9/14/2016 | MONTH 9/30/2016 | MONTH 10/31/2016 | MONTH 11/30/2016 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 2,701.91 | 0.00 | 0.00 | 28,048.02 | | | |
| Accounts Receivable, Net | 405,204.30 | 457,131.46 | 331,941.31 | 186,194.65 | | | |
| Inventory: Lower of Cost or Market | 112,000.00 | 112,000.00 | 112,000.00 | 112,000.00 | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| **TOTAL CURRENT ASSETS** | 519,906.21 | 569,131.46 | 443,941.31 | 326,242.67 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 1,546,256.00 | 1,546,256.00 | 1,546,256.00 | 1,546,256.00 | | | |
| Less Accumulated Depreciation | | | | | | | |
| **NET BOOK VALUE OF PP & E** | 1,546,256.00 | 1,546,256.00 | 1,546,256.00 | 1,546,256.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Leasehold Improvements | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | | | |
| 4. See Below* | 2.00 | | 2.00 | | | | |
| **TOTAL ASSETS** | $3,066,164.21 | $3,115,387.46 | $2,990,199.31 | $2,872,498.67 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

CASE NAME: Inland Environmental & Remediation, Inc.
CASE NUMBER: 16-34624-H4-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH September | MONTH October | MONTH November | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 3,024,236.07 | 3,024,236.07 | 3,024,236.07 | 3,024,236.07 | | | |
| Priority Debt | 1,414,374.98 | 1,414,374.98 | 1,414,374.98 | 1,414,374.98 | | | |
| Federal Income Tax | 7,007.66 | 7,007.66 | 7,007.66 | 7,007.66 | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 8,449,269.44 | 8,449,269.44 | 8,449,269.44 | 8,449,269.44 | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 9,870,652.08 | 9,870,652.08 | 9,870,652.08 | 9,870,652.08 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 9,870,652.08 | 9,870,652.08 | 9,870,652.08 | 9,870,652.08 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 67,154.87 | 67,154.87 | 67,154.87 | 67,154.87 | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | | |
| TOTAL OWNERS EQUITY (NET WORTH) | ($6,804,487.87) | ($6,755,264.62) | ($6,880,452.77) | ($6,998,153.41) | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $3,066,164.21 | $3,115,387.46 | $2,990,199.31 | $2,872,498.67 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

CASE NAME: Inland Environmental & Remediation, Inc.
CASE NUMBER: 16-34624-H4-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH Sept | MONTH Oct | MONTH Nov | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | 0.00 | 0.00 | 0.00 | | | |
| State Payroll Taxes | 0.00 | 0.00 | 0.00 | | | |
| Ad Valorem Taxes | 0.00 | 0.00 | 0.00 | | | |
| Other Taxes | 0.00 | 0.00 | 0.00 | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 0.00 | 0.00 | 0.00 | | | |
| ACCRUED INTEREST PAYABLE | 0.00 | 0.00 | 0.00 | | | |
| ACCRUED PROFESSIONAL FEES* | 0.00 | 0.00 | 0.00 | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | 0.00 | 0.00 | 0.00 | | | |
| 2. | 0.00 | 0.00 | 0.00 | | | |
| 3. | 0.00 | 0.00 | 0.00 | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

**CASE NAME:** Inland Environmental & Remediation, Inc.
**CASE NUMBER:** 16-34624-H4-11

## AGING OF POST-PETITION LIABILITIES
### MONTH November

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | |
|---|---|---|
| 0-30 DAYS | 0.00 | |
| 31-60 DAYS | | |
| 61-90 DAYS | | |
| 91+ DAYS | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

CASE NAME: Inland Environmental & Remediation, Inc.
CASE NUMBER: 16-34624-H4-11

## STATEMENT OF INCOME (LOSS)

| | MONTH Sept | MONTH Oct | MONTH Nov | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 18,746.97 | 0.00 | 0.00 | | | | 18,746.97 |
| TOTAL COST OF REVENUES | | 0.00 | | | | | 0.00 |
| GROSS PROFIT | 18,746.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,746.97 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | | | | | | | 0.00 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 18,746.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,746.97 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 18,746.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,746.97 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $18,746.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,746.97 |

Accrual Accounting Required, Otherwise Footnote with Explanation.
* Footnote Mandatory.
** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

CASE NAME: Inland Environmental & Remediation, Inc.
CASE NUMBER: 16-34624-H4-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Sept | MONTH Oct | MONTH Nov | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| RECEIPTS: | | | | | | | | |
| 1. CASH-BEGINNING OF MONTH | $2,971.91 | $2,602.90 | $2,277.90 | $29,928.80 | $29,928.80 | $29,928.80 | $29,928.80 | $2,971.91 |
| 2. CASH SALES | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 18,746.97 | 125,190.15 | 0.00 | | | | | 143,937.12 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | 27,650.90 | | | | | 27,650.90 |
| TOTAL RECEIPTS** | 21,718.88 | 0.00 | 27,650.90 | 0.00 | 0.00 | 0.00 | 0.00 | 171,588.02 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES   Interim Interest | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | 325.00 | | | | | | 325.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 21,718.88 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| 22. NET CASH FLOW | 0.00 | 2,277.90 | 27,650.90 | 0.00 | 0.00 | 0.00 | 0.00 | 171,263.02 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $2,277.90 | $29,928.80 | $29,928.80 | $29,928.80 | $29,928.80 | $29,928.80 | $174,234.93 |

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

**CASE NAME:** Inland Environmental & Remediation, Inc.
**CASE NUMBER:** 16-34624-H4-11

# CASH ACCOUNT RECONCILIATION
## MONTH OF November

| | | | | |
|---|---|---|---|---|
| BANK NAME | Capital One | Capital One | Capital One | |
| ACCOUNT NUMBER | #3820671596 | #3820101757 | #3820264249 | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 0.00 | 0.00 | 0.00 | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | $0.00 |
| OUTSTANDING CHECKS | 0.00 | 0.00 | 0.00 | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | 0.00 | 0.00 | $0.00 |
| RECEIPTS* | 0.00 | 0.00 | 0.00 | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | 0.00 | 0.00 | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | 0.00 | 0.00 | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME:: Inland Environmental & Remediation, Inc.
CASE NUMBER: 16-34624-H4-11

# CASH ACCOUNT RECONCILIATION
## MONTH OF November

| BANK NAME | Capital One | Capital One | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #3023937483 | #3023937491 | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 2,602.90 | 0.00 | | 0.00 | $2,602.90 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | | 0.00 | $0.00 |
| OUTSTANDING CHECKS | 325.00 | 0.00 | | 0.00 | $325.00 |
| ADJUSTED BANK BALANCE | $2,277.90 | 0.00 | $0.00 | $0.00 | $2,277.90 |
| BEGINNING CASH - PER BOOKS | 0.00 | 0.00 | | 0.00 | $0.00 |
| RECEIPTS* | 0.00 | 0.00 | | 0.00 | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | 2,277.90 | 0.00 | | 0.00 | $2,277.90 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | 0.00 | | 0.00 | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | 0.00 | | 0.00 | $0.00 |
| ENDING CASH - PER BOOKS | $2,277.90 | $0.00 | $0.00 | $0.00 | $2,277.90 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME: Inland Environmental & Remediation, Inc.
CASE NUMBER: 16-34624-H4-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Sept | MONTH Oct | MONTH Nov | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. None | 0.00 | 0.00 | 0.00 | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH Sept | MONTH Oct | MONTH Nov | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. None | 0.00 | 0.00 | 0.00 | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9