IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| INLAND ENVIRONMENTAL | § | CASE NO. 16-34624 |
| AND REMEDIATION, INC., | § | |
| Debtor, | § | (CHAPTER 11) |

**DEBTOR'S EMERGENCY APPLICATION FOR AUTHORITY TO RETAIN COOK-JOYCE INC. AS A SPECIAL ENVIRONMENTAL ENGINEERING CONSULTANT PURSUANT TO 11 U.S.C. §327(a)**
[hearing requested for Friday, February 17, 2017 at 2:30 p.m.]

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF REQUESTED MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER FURTHER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EXPEDITED BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THE EXPEDITED CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE

1.  INLAND ENVIRONMENTAL AND REMEDIATION, INC., the Debtor herein (the "Debtor"). Files this its Debtor's Expedited Application For Authority To Retain Cook-Joyce Inc. as a Special Environmental Engineering Consultant Pursuant to 11 U.S.C. §327(a) (the "Application").

2. The Debtor seeks expedited consideration of this motion in light of the fact that a deadline of <u>March 13, 2017</u> has been set by this Court for the Debtor to file its chapter 11 plan of reorganization and chapter 11 disclosure statement. The Debtor desires to achieve final closure of its Altair, Texas facility pursuant to authorization of the Railroad Commission of Texas (RRC) in the most cost effective manner available. As such, the Debtor has requested the engineering firm of Cook-Joyce, Inc. and the law firm of Hance Scarborough, LLP to prepare a detailed closure activities plan and seek approval of the plan by the RRC, the surety entity administering the closure bond funds, and this Court. In order to move forward expeditiously to complete final closure, the retention of the professional engineering firm of Cook-Joyce Inc. ("Cook-Joyce"), is necessary. Debtor's closure plan requires the engagement of Cook-Joyce because Cook-Joyce has extensive experience with the Debtor's Altair facility and the requirements of the RRC. It would be detrimental to the progress of the case not to permit Cook-Joyce's engagement.

3. The Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code on September 14, 2016 (the "Date of the Petition"). From the Date of Petition the Debtor has maintained possession of its property, and has continued to remain in control of its ongoing business affairs as a Debtor-in-possession pursuant to the provisions of 11 U.S.C. §1107 and 1108.

4. The Court has jurisdiction over the proceedings herein pursuant to 11 U.S.C. §105, and 28 U.S.C. §151, 157, and 1334. Venue is appropriate by virtue of 28 U.S.C. § 1408.

5. The Debtor is providing notice of this motion to all interested parties including the United States Trustee.

6. Debtor has sought authority and has been approved to retain the law firm of Fuqua & Associates, P.C. (the "Firm").

7. Debtor now seeks to retain the professional engineering firm of Cook-Joyce to assist and provide support in the Debtor's closure plan activities for the Debtor's Altair facility for the reason that Cook-Joyce has considerable and extensive knowledge of the regulatory rules regarding the recycling of oil and gas waste, and with the Altair, Texas site in particular. Debtor believes that Cook-Joyce has the necessary and requisite expertise and knowledge to assist both the Firm and the Debtor-in-possession in these proceedings.

8. The professional services to be provided by Cook-Joyce include, *inter alia*:

(a) To prepare a detailed closure operations plan to process the waste remaining at the Debtor's Altair facility;

(b) To prepare a detailed decontamination plan for the processing area and all regulated equipment so that the equipment can be released from the site;

(c) Develop a schedule of implementation based on the closure operations plan and the decontamination plan;

(d) Develop an estimate of the amount of treated waste that will be available for sale;

(e) Provide support for the Debtor as a Debtor-in –possession that may become necessary to effectuate closure for the facility;

9. For the reasons stated herein, the Debtor is of the view that it is necessary for it to be authorized to retain Cook-Joyce as Special Environmental Engineering Consultant in connection with its duties and responsibilities as a Debtor-in possession. The Debtor has previously sought the advice of Cook-Joyce, and would submit to this Court, that the

employment of Cook-Joyce is in the best interest of the Debtor, its estate, and to the Debtor's creditors.

10. Other than as disclosed below, to the best of Debtor's knowledge, information and belief, Cook-Joyce has no connection of any kind or nature with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the Unites States Trustee or any person employed in the office of the United States Trustee. Cook-Joyce is an unsecured creditor in the instant bankruptcy case and is on the committee of unsecured creditors. Other than its unsecured claim and appointment to the committee of unsecured creditors, Cook-Joyce represents no interest adverse to the Debtor or its estate in the matters upon which it has been engaged by the Debtor.

Cook-Joyce does have a prior relationship to the Debtor and its president, David Polston, specifically Special Environmental Engineering Consultant has previously provided representation as follows:

Cook-Joyce prepared an application for a permit renewal and amendment for the Altair facility. This work was done for Boundary Ventures, Inc., which is a company affiliated with the Debtor. Cook-Joyce submitted the permit application to the regulatory authority (RRC). Pursuant to requirements of the RRC, Cook-Joyce also conducted surface and subsurface investigation activities whereby Cook-Joyce staff: i) supervised planning of and installation of soil borings and groundwater monitoring wells at the Altair site; ii) sampled the soil borings; iii) sampled the groundwater monitoring wells on a quarterly basis; and iv) evaluated and reported the results of soil and groundwater sampling analyses to the RRC. These permit application and site investigation efforts required many site visits by Cook-Joyce personnel, who are therefore very familiar with facility operations. Cook-Joyce also met with RRC staff as necessary, both on

site and at their Austin offices, to discuss the permit application, the status of site operations, and site investigation activities.

11. Retention and employment of Cook-Joyce would be in the best interest of the Debtor and its estate. The Affidavit of James Jeffrey Glaser, P.E. pursuant to 11 U.S.C. §327(a) and Fed.R. Bank.P. 2014 and Professional Resumes of professionals employed by Cook-Joyce are attached hereto and incorporated by reference herein for all purposes as Exhibit "A".

12. At the represent time, Cook-Joyce charges the following billing rates:

| | |
|---|---|
| James Jeffrey Glaser, P.E. | $185.00 an hour |
| Stephen L. Cook, P.E. | $185.00 an hour |
| Kathy L. McGee, P.E. | $185.00 an hour |
| Edward E. Hughes, P.G. | $165.00 an hour |
| Kevin Louis Lonseth, P.G. | $105.00 an hour |
| Staff | $ 40.00 to $165.00 an hour |

The fees which will be charged on an hourly basis to the debtor, as a Debtor-in-possession, will be the normal and ordinary fees charged by Cook-Joyce to its other non-bankruptcy clients, and are favorably comparable to fees charged by other engineering firms in the Southern District of Texas for services of a similar nature. Cook-Joyce requires the Debtor to provide a retainer of $20,000.00 against which Cook-Joyce will provide application to this Court.

13. Pursuant to 11 U.S.C. §§330 and 331, any compensation sought in this bankruptcy case by Cook-Joyce will be subject to the scrutiny and authority of this Court.

14. James Jeffrey Glaser, P.E. does certify that he has received a copy of the Guidelines for Fee Applications effective January 1, 1993 (revised May 5, 1993), that he has read and understands the same, and that he will follow such guidelines in making all fee applications.

WHEREFORE, PREMISES CONSIDERED, Inland Environmental and Remediation, Inc., the Debtor herein, prays this Court to authorize the employment of Cook-Joyce as Special Environmental Engineering Consultant; that Cook-Joyce be employed on an hourly fee basis to represent the Debtor as a Debtor-in-possession for all matters relating to the preparation, development and implementation of a detailed closure operations plan; and to provide support for the Debtor as a Debtor-in-possession that may become necessary to effectuate closure for the Debtor's Altair facility.

Respectfully submitted this 15th day of February, 2017.

                                        Respectfully submitted,

                                        */s/ Richard Lee Fuqua*
                                        Richard Lee Fuqua
                                        FUQUA & ASSOCIATES, PC
                                        SBN 07552300
                                        5005 Riverway, Suite 250
                                        Houston, Texas 77056
                                        713.960.0277
                                        rlfuqua@fuqualegal.com
                                        Attorney for the Debtor

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the above and foregoing instrument was forwarded by ECF and or U.S. mail, first class postage pre-paid to the United States Trustee, 515 Rusk Street, Suite 3516, Houston, Texas 77002 and to all parties listed on the attached service list on the 16th day of February, 2017.

*/s/ Richard L. Fuqua*
Richard L. Fuqua

# EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| INLAND ENVIRONMENTAL | § | CASE NO. 16-34624 |
| AND REMEDIATION, INC., | § | |
| Debtor, | § | (CHAPTER 11) |

### AFFIDAVIT OF JAMES JEFFREY GLASER, P.E.

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF TRAVIS | § |

Before me, the undersigned authority, on this day personally appeared James Jeffrey Glaser, P.E., personally known to me. After I administered the oath to him, upon his oath he stated:

"My name is James Jeffrey Glaser. I am of sound mind, over the age of twenty-one (21), and capable of making this Affidavit. I am a registered professional engineer, State of Texas No. 79731. I am Vice President of Cook-Joyce, Inc. with offices located at 812 W. 11th Street, Austin, Texas 78701.

The fees charged by Cook-Joyce, Inc. to the debtor's estate are as follows:

| | |
|---|---|
| James Jeffrey Glaser, P.E. | $185.00 an hour |
| Stephen L. Cook, P.E. | $185.00 an hour |
| Kathy L. McGee, P.E. | $185.00 an hour |
| Edward E. Hughes, P.G. | $165.00 an hour |
| Kevin Louis Lonseth, P.G. | $105.00 an hour |
| Staff | $ 40.00 to $165.00 an hour |

Other than as disclosed below, Neither I nor Cook-Joyce, Inc. have any connection of any kind or nature with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the Unites States Trustee or any person employed in the office of the United States Trustee. Cook-Joyce is an unsecured creditor in the instant bankruptcy case and is on the committee of unsecured creditors. Other than its unsecured claim and appointment to the committee of unsecured creditors, Cook-Joyce and James Jeffrey Glaser represent no interest adverse to the Debtor or its estate in the matters upon which they have been engaged by the Debtor.

Cook-Joyce, Inc. and James Jeffrey Glaser do have a prior relationship to the Debtor and its president, David Polston, specifically, Cook-Joyce, Inc. and James Jeffrey Glaser have previously provided services to the Debtor and its president, David Polston as follows:

Cook-Joyce prepared an application for a permit renewal and amendment for the Altair facility. This work was done for Boundary Ventures, Inc., which is a company affiliated with the Debtor. Cook-Joyce submitted the permit application to the regulatory authority (Railroad Commission of Texas or RRC). Pursuant to requirements of the RRC, Cook-Joyce also conducted surface and subsurface investigation activities whereby Cook-Joyce staff: i) supervised planning of and installation of soil borings and groundwater monitoring wells at the Altair site; ii) sampled the soil borings; iii) sampled the groundwater monitoring wells on a quarterly basis; and iv) evaluated and reported the results of soil and groundwater sampling analyses to the RRC. These permit application and site investigation efforts required many site visits by Cook-Joyce personnel, who are therefore very familiar with facility operations. Cook-Joyce also met with RRC staff as necessary, both on site and at their Austin offices, to discuss the permit application, the status of site operations, and site investigation activities.

Other than is disclosed above, Cook-Joyce, Inc. and I are both disinterested persons.

Neither I nor the professional engineering firm of Cook-Joyce, Inc. hold or represent any interest adverse to the Debtor or its estate in the matters upon which we are to be engaged by the Debtor.

The employment of Cook-Joyce, Inc. is in the best interest of the Debtor, its estate, and to the Debtor's creditors.

Further Affiant sayeth not."

*James Jeffrey Glaser, P.E.*

Sworn to and subscribed before me by 15th on this the day of February, 2017.

**NANCY NEUSE**
Notary Public, State of Texas
Notary ID# 277525-0
My Commission Expires
JUNE 26, 2018

Notary Public In and for the State of Texas

My Commission Expires: June 26, 2018

| | | |
|---|---|---|
| Inland Environmental and Remediation, Inc.<br>1022 Schultz Rd.<br>Columbus, TX 78934 | Attorney for Creditors' Committee:<br>Bennett G. Fisher<br>55 Waugh Dr., Ste. 603<br>Houston, TX 77007 | Action Resources Inc.<br>Dept # 1563<br>PO Box 11407<br>Birmingham, AL 35246-1563 |
| ADP Inc.<br>P.O. Box 842875<br>Boston, MA 02284-2875 | Airgas USA, LLC<br>P.O. Box 676015<br>Dallas, TX 75267-6015 | Alamo Lumber Company<br>PO Box 17258<br>San Antonio, TX 78217 |
| Allgayer, Inc<br>P.O. Box 611<br>El Campo, TX 77437 | Amp Control Electric Ltd.<br>c/o Stephen D. Finch<br>105 W. Donegan St.<br>Seguin, TX 78155 | Aqua Beverage Company<br>701-A West Jackson<br>El Campo, TX 77437 |
| ARA Transportation<br>1000 River Rd Ste L<br>San Marcos, TX 78666 | Armadillo Portable Toilets<br>P O Box 246<br>Columbus, TX 78934 | AT & T Mobility<br>P O Box 6463<br>Carol Stream, IL 60197-6463 |
| AT&T - 2469<br>PO BOX 105414<br>Atlanta, GA 30348-5414 | AT&T 019<br>PO BOX 5019<br>Carol Stream, IL 60197-5019 | ATL-Transportation LLC<br>PO Box 617<br>Kyle, TX 78640 |
| ATT - 2573<br>PO BOX 105414<br>Atlanta, GA 30348-5414 | ATT-2576<br>PO Box 105414<br>Atlanta, GA 30348-5414 | ATT-2798<br>PO Box 5019<br>Carol Stream, IL 60197-5019 |
| ATT-2855<br>PO BOX 5019<br>Carol Stream, IL 60197-5019 | B Environmental<br>1606 E Brazos, Suite D<br>Victoria, TX 77901 | BAK Trucking Inc<br>P O Box 154<br>Moulton, TX 77975 |
| Bartlett Electric Cooperative Inc.<br>P.O. Box 200<br>27492 Highway 95<br>Bartlett, TX 76511 | BB&T/CSC Logic<br>PO Box 1518<br>Coppell, TX 75019 | Boundary Ventures, Inc.<br>1022 Schultz Rd.<br>Columbus, TX 78934 |
| Brenham Electric Motor Service<br>801 S Blue Bell Rd<br>Brenham, TX 77833 | Bryan Hose and Gasket<br>1800 Quality Park Lane<br>P.O. Box 2320<br>Bryan, TX 77806 | Bulverde Auto & Truck Supply<br>20475 Hwy 46 W Suite 340<br>Spring Branch, TX 78070 |
| Butch's Rat Hole & Anchor Serv<br>PO Box 1323<br>Levelland, TX 79336-1323 | Byron Watson Trucking Inc.<br>PO Box 250<br>Kirbyville, TX 75956 | Capital One<br>PO Box 60024<br>New Orleans, LA 70160-0024 |

| | | |
|---|---|---|
| Capital One Bank<br>PO Box 1801<br>Laurel, MD 20725 | Caterpillar Financial Services<br>PO Box 340001<br>Nashville, TN 37203-0001 | Champion Septic Services<br>6977 FM 2319<br>Loraine, TX 79532 |
| Cintas - Altair<br>Loc. #082<br>PO Box 650838<br>Dallas, TX 75265 | Cintas - Milano #86<br>PO BOX 650838<br>Dallas, TX 75265 | Cintas - RUS<br>c/o Allen D. Russell<br>Taylor Taylor & Russell<br>2777 Allen Parkway, Ste. 1000<br>Houston, TX 77019 |
| Coastal Engine & Compression<br>PO Box 951<br>Edna, TX 77962 | Colorado County<br>c/o John T. Banks<br>3301 Northland Dr., Ste. 505<br>Austin, TX 78731 | Colorado County Appraisal District<br>P.O. Box 10<br>Columbus, TX 78934-0010 |
| Columbus Bearing & Industrial Sup<br>P.O. BOX 2112<br>Victoria, TX 77902 | Company Wrench<br>4805 Scooby Ln<br>Carroll Ohio 43112 | Compliant Resolutions<br>2126 Wilderness Point Drive<br>Kingwood, TX 77339 |
| Comptroller of Public Accounts<br>PO Box 149359<br>Austin, TX 78714-9359 | Cook-Joyce Inc.<br>812 W 11th St.<br>Austin, TX 78701-2000 | Cortex Business Solutions USA<br>PO Box 572260<br>Houston, TX 77257 |
| Cross Roads Oil Field Supply LTD<br>P O Box 1546<br>El Campo, TX 77437 | Crowe Company<br>PO Box 234<br>Milano, TX 76556 | D & B Services<br>P O Box 1483<br>Victoria, TX 77902 |
| David Polston<br>P O Box 398<br>Columbus, TX 78934 | DISA Inc<br>Dept 890314<br>PO Box 120314<br>Dallas, TX 75312-0314 | DNOW L.P<br>PO BOX 200822<br>Dallas, TX 75320-0822 |
| Doggett Heavy Machinery Serv<br>9111 North Frwy.<br>Houston, TX 77037-2038 | DUCKETT, BOULIGNY & COLLINS<br>PO Box 1567<br>El Campo, TX 77437 | Emedco Inc<br>39209 Treasury Center<br>Chicago, IL 60694-9200 |
| Encore Industrial Products<br>PO BOX 300<br>Barker, TX 77413-0300 | Energes, LLC<br>c/o Andrew Ketner<br>Hughes Arrell Kinchen LLP<br>1221 McKinney, Ste. 3150<br>Houston, TX 77010 | ERGOS Technology<br>3831 Golf Drive<br>Houston, TX 77018-5218 |
| Excel Micro, LLC<br>PO Box 9515<br>New York, NY 10087 | Fedex<br>P O Box 660481<br>Dallas, TX 75266-0481 | First Insurance Funding Corp.<br>PO Box 7000<br>Carol Stream, IL 60197-7000 |

| | | |
|---|---|---|
| Fitzgerald Trucking<br>P.O. Box 433<br>Minco, OK 73059 | Frank Surveying Company Inc.<br>2205 Walnut Street<br>Columbus, TX 78934 | G&K Services<br>PO BOX 842385<br>Boston, MA 02284-2385 |
| G&K Services, Co.<br>C/o Frank A. Piazza, Jr.<br>820 Gessner, Ste. 1075<br>Houston, TX 77024 | GBH CPAs, PC<br>6002 Rogerdale Road, Suite 500<br>Houston, TX 77072 | GCR Tires & Service<br>PO Box 910530<br>Denver, CO 80291-0530 |
| Goldberg Asset Monitoring LLC<br>19315 Bartlett Bay<br>San Antonio, TX 78216 | Grainger Dept 849833462<br>PO Box 419267<br>Kansas City, MO 64141-6267 | Gulf Coast Accusearch<br>2129 FM 2920 #190-119<br>Spring, TX 77388 |
| Gyrodata Incorporated<br>Marco A. Castilla<br>23000 Northwest Lake Dr.<br>Houston, TX 77095 | Hance Scarborough et al<br>400 W. 15th Street, Suite 950<br>Austin, TX 78701 | Harris County Rentals<br>24010 Tomball Pkwy<br>Tomball, TX 77375 |
| HCTRA - Violations DEPT 1<br>PO BOX 4440<br>Houston, TX 77210-4440 | Hill Country Springs<br>PO Box 2220<br>Manchaca, TX 78652-2220 | Hutchison Hayes Separation Inc.<br>Dept. 3256<br>PO Box 123256<br>Dallas, TX 75312-3256 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Ira Testers<br>PO Box 195<br>Ira, TX 79527 | Iron Mountain<br>PO Box 915004<br>Dallas, TX 75391 |
| J & W Auto Parts<br>205 FM 3013<br>Eagle Lake, TX 77434 | Jackson Walker L.L.P.<br>P.O. Box 130989<br>Dallas, TX 75313-0989 | Johnson Oil Company<br>PO Drawer 1959<br>Gonzales, TX 78629 |
| Ken Owens<br>PO Box 4121<br>Roswell, NM 88202 | Kerley & Sears, Inc<br>4331 Cement Valley Rd.<br>Midlothian, TX 76065 | Kimball Midwest<br>Dept. L-2780<br>Columbus, Ohio 43260-2780 |
| Knife River<br>PO Box 674<br>Bryan, TX 77806 | Komatsu Financial<br>PO Box 99303<br>Chicago, IL 60693-9303 | Komatsu Financial LP<br>c/o Ben L. Aderholt<br>9 Greenway Plaza, Ste. 1100<br>Houston, TX 77046 |
| Krause & Associates LP<br>504 West 13th Street<br>Austin, Texas 78701 | Kubco<br>Attn: Accts Receivable<br>8031 Breen Rd<br>Houston, TX 77064 | Lake Lumber Co Inc<br>200 Glen Flora Road<br>Eagle Lake, TX 77434 |

| | | |
|---|---|---|
| Lavaca County Office Supply Inc.<br>South Texas School Furniture<br>PO Box 372<br>Hallettsville, TX 77964 | Lease Consultants<br>PO Box 71397<br>Des Moines IA 50325 | MMR<br>~~Machinery Maintenance Rebuilders~~<br>~~6254 Hwy 71 South~~<br>~~Altair, TX 77412~~ |
| Martin Electric Co. Inc.<br>1504 W. Jackson St.<br>El Campo, TX 77437 | Maverick Field Services Logistics<br>PO BOX 262<br>La Grange, TX 78945 | Memorial Hospital<br>PO BOX 587<br>Gonzales, TX 78629-0587 |
| Messy Oil & Gas<br>6690 Highway 71<br>Garwood, TX 77442 | Milano Water Supply<br>P O Box 181<br>Milano, TX 76556 | MTX Transport Riviera Finance<br>P.O. Box 202487<br>Dallas, TX 75320-2487 |
| Mustang Rental Services<br>PO Box 4346, Dept 188<br>Houston, TX 77210-4346 | MVC Environmental Corp.<br>1918 Rachel Ln.<br>Round Rock, TX 78664 | Northern Safety and Industrial<br>P O Box 4250<br>Utica, NY 13504-4250 |
| Nueces Power Equipment<br>PO Box 4789<br>Corpus Christi, TX 78469 | Office Depot<br>PO Box 88040<br>Chicago IL 60680-1040 | Ofi Testing Equipment<br>11302 Steeplecrest Drive<br>Houston, TX 77065 |
| Oil Patch Downhole Services, Inc.<br>c/o Holly Hamm<br>Snow Spence Green LLP<br>2929 Allen Parkway, Ste. 2800<br>Houston, TX 77019 | ~~Patriot Oilfield Services, LLC~~<br>~~101 W Goodwin~~<br>~~Victoria, TX 77901~~ | PaveTex Engineering and Testing<br>3989 Highway 290 East<br>Dripping Springs, TX 78620 |
| PCI Plate Cut Inc<br>7218 Canal St.<br>Houston, TX 77011 | Pierpont Communications<br>1800 West Loop South, Suite 800<br>Houston, TX 77027 | Pioneer Oilfield Trucking Inc.<br>P O Box 5774<br>Victoria, TX 77903 |
| Pioneer Oilfield Trucking, Inc.<br>C/O Garland Sandhop, Jr.<br>104 Regency Avenue<br>Victoria, TX 77904 | Pitney Bowes Global Financial Svc<br>P O Box 371887<br>Pittsburgh, PA 15250-7887 | Pitney Bowes Purchase Power<br>P O Box 371874<br>Pittsburgh, PA 15250-7874 |
| Polar Ice Inc.<br>PO Box 2312<br>Brenham, TX 77834 | Praxair<br>P O Box 120812 Dept 0812<br>Dallas, TX 75312-0812 | Pro Field Services Inc.<br>P.O. Box 525<br>Halletsville, TX 77964 |
| Progressive County Mutual Ins. Co.<br>P.O. Box 105428<br>Atlanta, GA 30348-5428 | Progressive Waste Solutions TX<br>North Central Texas District<br>PO Box 650308<br>Dallas TX 75265 | ProSearch USA LLC<br>5150 Broadway St, Suite 490<br>San Antonio, TX 78209 |

| | | |
|---|---|---|
| Pump & Power Equipment LLC<br>PO BOX 450270<br>Houston, TX 77245 | PX Transportation DBA Star Bulk<br>4650 FM 482<br>New Braunfels, TX 78132 | Quality Electric Inc<br>1004 Collingsworth<br>Houston, TX 77009 |
| Quill Corporation<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | R Construction Company<br>PO Box 189<br>Buffalo, TX 75831-0189 | R. W. Byram & Company<br>25 N. Main St.<br>Elgin, TX 78621 |
| RBR Oil<br>c/o Stuart Maxey<br>Bradley Arant Boult Cummings LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2119 | Rhino Trucking<br>P.O. Box 11<br>Snyder, TX 79550 | Rice Medical Center<br>P O Box 277<br>Eagle Lake, TX 77434-0277 |
| Richard Munoz Trucking LLC<br>Riveria Finance<br>P.O. Box 202485<br>Dallas, TX 75320-2485 | Richard Munoz Trucking, LLC<br>c/o Ty J. Wood<br>PO Box 1069<br>Colorado City, TX 79512 | Rigdata<br>P O Box 820547<br>Fort Worth, TX 76182-0547 |
| Riviera Finance<br>C/O Fry Enterprises<br>819 Indian Run Dr<br>Pflugerville, TX 78660 | Riviera Finance<br>c/o Bradley W. Cole<br>507 N. Sam Houston Pkwy, Ste. 296<br>Houston, TX 77060 | Rockdale Welding Supply<br>2004 W Cameron Ave<br>Rockdale, TX 76567 |
| Sage Environmental Consulting LP<br>PO Box 1883<br>San Antonio, TX 78297 | San Bernard Electric Coop Inc<br>P O Box 309<br>Columbus, TX 78934-0309 | Santander Consumer USA Inc.<br>dba Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-1245 |
| Schwerman Trucking<br>611 South 28th St.<br>Milwaukee, WI 53215 | Schwerman Trucking<br>c/o Dan L. Fulkerson<br>2900 North Loop West, Ste 500<br>Houston, TX 77092 | Screiber, LLC<br>c/o Kellye M. Walne<br>Walne Law, PLLC<br>4900 Woodway, Ste. 975<br>Houston, TX 77056 |
| Silver Eagle Environmental Sol.<br>191 Beechcraft Lane<br>Seguin, TX 78155 | SJ Trucking LLC<br>2105 FM 1470<br>Poteet, TX 78065 | SOB Transportation<br>6690 Highway 71<br>Garwood, TX 77442 |
| Sparkletts Standard<br>PO Box 660579<br>Dallas, TX 75266-0579 | State Tax Advisors LP<br>1308 Kingwood Drive, #102<br>Kingwood, TX 77339 | Stewart Organization<br>PO Box 166708<br>Irving, TX 75016 |
| Strouhal Tire Recapping Plant<br>PO Box 1000<br>El Campo, TX 77437 | SunTrust Bank, Support Services<br>Bankruptcy Dept., PO Box 85092<br>Richmond, VA 23286 | Takeuchi Financial Services<br>c/o James Roach, VP<br>475 Sansome Street, 19th Floor<br>San Francisco, CA 94111 |

| | | |
|---|---|---|
| Texas Disposal Systems Inc.<br>PO Box 660816<br>Dallas, TX 75266-0817 | Texas Process Equipment<br>DEPT 678<br>PO BOX 4346<br>Houston, TX 77210 | Texas Propane<br>PO Box 429<br>Hwy 77 North<br>Rockdale, TX 76567 |
| The Witherspoon Law Firm<br>9210 Larston St.<br>Houston, TX 77055-6418 | Tommie Vaughn Auto Country<br>PO Box 550<br>Columbus, TX 78934 | TSI Laboratories<br>1810 South Laurent<br>Victoria, TX 77901 |
| TxTag<br>PO Box 650749<br>Dallas, TX 75265 | Uline Attn: Accts. Receivable<br>PO Box 88741<br>Chicago, IL 60680-1741 | United Rentals North America Inc.<br>PO Box 840514<br>Dallas, TX 75284-0514 |
| Unum Life Insurance Company<br>PO Box 409548<br>Atlanta, GA 30384-9548 | Waukesha-Pearce Industries Inc<br>P.O BOX 204116<br>Dallas, TX 75320-4116 | ~~Wells Fargo Equipment Finance~~<br>~~NW-5934~~<br>~~P O Box 1450~~<br>~~Minneapolis, MN 55485-5934~~ |
| Wholesale Chemical Company Inc<br>PO Box 130028<br>The Woodlands TX 77393 | XTIRI<br>PO Box 2947<br>St. George, UT 84771-2947 | Yancey Transportation<br>P.O. Box 2824<br>Conroe, TX 77305 |

20 LARGEST UNSECURED CREDITORS:

| | | |
|---|---|---|
| RBR Oil<br>c/o Stuart Maxey<br>Bradley Arant Boult Cummings LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2119 | Ken Owens<br>PO Box 4121<br>Roswell, NM 88202 | G&K Services<br>PO BOX 842385<br>Boston, MA 02284-2385 |
| D & B Services<br>P O Box 1483<br>Victoria, TX 77902 | Schwerman Trucking<br>62522 Collections Center Drive<br>Chicago, IL 60693-0625 | Screiber, LLC<br>c/o Kellye M. Walne<br>Walne Law, PLLC<br>4900 Woodway, Ste. 975<br>Houston, TX 77056 |
| Richard Munoz Trucking LLC<br>Riveria Finance<br>P.O. Box 202485<br>Dallas, TX 75320-2485 | Oil Patch Downhole Services, Inc.<br>c/o Holly Hamm<br>Snow Spence Green LLP<br>2929 Allen Parkway, Ste. 2800<br>Houston, TX 77019 | Cook-Joyce Inc.<br>812 W 11th St.<br>Austin, TX 78701-2000 |

| | | |
|---|---|---|
| Hance Scarborough et al<br>400 W. 15th Street, Suite 950<br>Austin, TX 78701 | Waukesha-Pearce Industries Inc<br>P.O BOX 204116<br>Dallas, TX 75320-4116 | Capital One<br>PO Box 60024<br>New Orleans, LA 70160-0024 |
| B Environmental<br>1606 E Brazos, Suite D<br>Victoria, TX 77901 | Johnson Oil Company<br>PO Drawer 1959<br>Gonzales, TX 78629 | Fitzgerald Trucking<br>P.O. Box 433<br>Minco, OK 73059 |
| Cintas - RUS<br>c/o Allen D. Russell<br>Taylor Taylor & Russell<br>2777 Allen Parkway, Ste. 1000<br>Houston, TX 77019 | Nueces Power Equipment<br>PO Box 4789<br>Corpus Christi, TX 78469 | MTX Transport Riviera Finance<br>P.O. Box 202487<br>Dallas, TX 75320-2487 |
| Pioneer Oilfield Trucking Inc.<br>P O Box 5774<br>Victoria, TX 77903 | Takeuchi Financial Services<br>c/o James Roach, VP<br>475 Sansome Street, 19th Floor<br>San Francisco, CA 94111 | |

PARTIES REQUESTING NOTICE:

| | | |
|---|---|---|
| Christine A. March<br>Office of the U.S. Trustee<br>515 Rusk, Suite 3516<br>Houston, TX 77002 | Owen M. Sonik<br>Perdue, Brandon, Fielder, Collins & Mott<br>1235 North Loop West, Ste. 600<br>Houston, TX 77008 | John T. Banks<br>Perdue, Brandon, Fielder, Collins & Mott<br>3301 Northland Drive, Ste. 505<br>Austin, TX 78731 |
| Gregory M. Weinstein<br>Weinstein Radclifff Pipkin LLP<br>8350 N. Central Expressway, Ste. 1550<br>Dallas, TX 75206 | Matthew T. Taplett, Esq.<br>Pope, Hardwicke, Christie, Schell, Kelly,<br>& Taplett, LLP<br>500 West 7th St., Ste. 600<br>Fort Worth, TX 76102 | William S. Chesney, III<br>Frank, Elmore, Lievens, Chesney<br>& Turet, LLP<br>9225 Katy Fwy, Ste. 250<br>Houston, TX 77024-1564 |
| Jeffrey D. Stewart<br>Wells & Cuellar, P.C.<br>440 Louisiana, Ste. 718<br>Houston, TX 77002 | John M. Castillo<br>Farrimond Castillo & Bresnahan PC<br>130 E. Travis St., Ste. 350<br>San Antonio, TX 78205 | Beth Horton<br>Caterpillar Financial Services<br>2120 West End Avenue<br>Nashville, TN 37203 |
| Steven A. Leyh<br>Leyh Payne & Mallia, PLLC<br>9545 Katy Freeway, Ste. 200<br>Houston, TX 77024 | Will G. Bassham<br>SettlePro<br>3333 Lee Parkway, Eighth Floor<br>Dallas, TX 75219 | |