

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/15/2017

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| INLAND ENVIRONMENTAL AND | § | CASE NO. 16-34624 |
| REMEDIATION, INC. | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

ORDER ~~GRANTING~~ *Denying* DEBTOR'S MOTION TO EXTEND TIME TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION *(102)*

Came on for consideration the Debtor's Motion to Extend Time To File Disclosure Statement and Plan of Reorganization. It appears to this Court that the Debtor has provided proper notice of the Motion in accordance with Bankruptcy Local Rules 4001 and 9013. This Court is of the opinion, and does find that the Debtor's Motion has *no* merit, and should be ~~granted~~ *denied*; it is therefore

ORDERED that the *Debtor's Motion to Extend Time to file Disclosure Statement and Plan of Reorganization is DENIED.* ~~Debtor be and hereby is authorized to extend the time for filing its Disclosure Statement and Plan of Reorganization to March 27, 2017.~~

SIGNED: 3-14-2017

_____
UNITED STATES BANKRUPTCY JUDGE