IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| INLAND ENVIRONMENTAL AND § | CASE NO. 16-34624 |
| REMEDIATION, INC. § | |
| Debtor, § | (CHAPTER 11) |

### JOINT MOTION FOR CONTINUANCE
### OF PLAN CONFIRMATION HEARING

**To the Honorable Jeff Bohm,
United States Bankruptcy Judge**

1. Inland Environmental and Remediation, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code on September 14, 2016 (the "Date of Petition"). From and since the Date of Petition, the Debtor has maintained possession of its property, and has continued to remain in control of its ongoing business affairs as a Debtor-in-possession pursuant to the provisions of 11 U.S.C. §§ 1107 and 1108.

2. A hearing has been set by this Court for July 12, 2017 at 2:00 p.m. on the following:

    **Confirmation of Debtor's Chapter 11 Plan of Liquidation [Doc. #109]**

    **Approval of Debtor's Disclosure Statement Under 11 U.S.C. § 1125 In Support of Chapter 11 Plan of Liquidation [Doc. #110]**

3. As a result of continuing negotiations between the major parties in this case, this Motion for Continuance of the July 12, 2017 hearing is being filed jointly by the Debtor, Westchester Fire Insurance Company (the "Surety"), and the Railroad Commission of Texas (the "RRC"), and the parties request an extension of time to conduct the Confirmation Hearing and for

an extension of time for creditors to file objections to confirmation of the plan and for the parties to continue to negotiate a consensual plan, if possible.

4. The Debtor, Surety and RRC believe that it is in the best interest of the estate and the creditors to continue the confirmation hearing on the Debtor's plan and approval of the Debtor's disclosure statement.

5. Counsel for the Debtor has contacted Christine March, with the Office of the U.S. Trustee, Bennett Fisher, attorney for the Committee of Unsecured Creditors, Owen Sonik, attorney for Colorado County, and Jason Starks, attorney for the Texas State Comptroller, concerning the filing of this motion. Ms. March, Mr. Fisher, Mr. Sonik and Mr. Starks are unopposed to the filing of this motion. At the request of Ms. March, the Debtor shall be current with its Monthly Operating Reports within two (2) weeks. Further, the Debtor is current with its U.S. Trustee quarterly payments. Wherefore premises considered, the Debtor respectfully moves this Court to continue the hearing on the confirmation of the Debtor's Chapter 11 Plan and approval of the Debtor's Disclosure Statement; to extend the deadline for creditors to file objections to the Debtor's plan; and that the Court grant such other and further relief as the Debtor may be entitled.

Respectfully submitted,

*/s/ Richard L. Fuqua*
Richard Lee Fuqua
Texas Bar #07552300
Fuqua & Associates, PC
5005 Riverway, Suite 250
Houston, Texas 77056
Phone: 713-960-0277
Fax: 713-960-1064
Email: RLFuqua@FuquaLegal.com
Attorney for the Debtor

*Charlie Shelton with permission /s/*
Charlie Shelton
Texas State Bar #24079317
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548- MC 008
Austin, Texas 78711-2548
Phone: 512-463-2173
Fax: 512-936-1409
Email: Charlie.shelton@oag.texas.gov
Attorneys for the Railroad Commission of Texas


*Melissa Gardner with permission /s/*
Melissa Gardner
Texas State Bar # 24044526
Weinstein Radcliff Pipkin LLP
8350 N. Central Expressway, Suite 1550
Dallas, Texas 75206
Phone: 214-865-6126
Fax: 214-865-6140
Email: mgardner@weinrad.com
Attorneys for Westchester Fire Insurance Company


**CERTIFICATE OF CONFERENCE**

I hereby certify that I contacted the following parties concerning the relief requested in the foregoing motion:

Christine March, with the Office of the U.S. Trustee;
Bennett Fisher, attorney for the Committee of Unsecured Creditors;
Own Sonik, attorney for Colorado County;
Jason Starks, attorney for the State Comptroller's Office

All of the above parties stated that they are unopposed to the relief requested in the foregoing motion.

*/s/ Richard L. Fuqua*
Richard L. Fuqua


**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was upon all parties reflected on the attached service list via either electronic transmission, PACER/ECF or United States mail on the ___ day of July, 2017.

*/s/ Richard L. Fuqua*
Richard L. Fuqua

4

| | | |
|---|---|---|
| Inland Environmental and Remediation, Inc.<br>1022 Schultz Rd.<br>Columbus, TX 78934 | Attorney for Creditors' Committee:<br>Bennett G. Fisher<br>55 Waugh Dr., Ste. 603<br>Houston, TX 77007 | United States Trustee<br>515 Rusk, Suite 3516<br>Houston, TX 77002 |
| David Polston<br>P O Box 398<br>Columbus, TX 78934 | Dan Denton, Plan Agent<br>1 S Sandpiper St<br>La Marque, TX 77568 | |

## 20 LARGEST UNSECURED CREDITORS:

| | | |
|---|---|---|
| RBR Oil<br>c/o Stuart Maxey<br>Bradley Arant Boult Cummings LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2119 | Ken Owens<br>PO Box 4121<br>Roswell, NM 88202 | G&K Services<br>PO BOX 842385<br>Boston, MA 02284-2385 |
| D & B Services<br>P O Box 1483<br>Victoria, TX 77902<br><br>Houston, TX 77056 | Schwerman Trucking<br>62522 Collections Center Drive<br>Chicago, IL 60693-0625<br><br>Dallas, TX 75320-2485 | Screiber, LLC<br>c/o Kellye M. Walne<br>Walne Law, PLLC<br>4900 Woodway, Ste. 975<br>Snow Spence Green LLP<br>2929 Allen Parkway, Ste. 2800<br>Houston, TX 77019 |
| Richard Munoz Trucking LLC<br>Riveria Finance<br>P.O. Box 202485<br>812 W 11th St.<br>Austin, TX 78701-2000 | Oil Patch Downhole Services, Inc.<br>c/o Holly Hamm<br>Hance Scarborough et al<br>400 W. 15th Street, Suite 950<br>Austin, TX 78701 | Cook-Joyce Inc.<br>Waukesha-Pearce Industries Inc<br>P.O BOX 204116<br>Dallas, TX 75320-4116 |
| Capital One<br>PO Box 60024<br>New Orleans, LA 70160-0024 | B Environmental<br>1606 E Brazos, Suite D<br>Victoria, TX 77901 | Johnson Oil Company<br>PO Drawer 1959<br>Gonzales, TX 78629 |
| Fitzgerald Trucking<br>P.O. Box 433<br>Minco, OK 73059 | Cintas - RUS<br>c/o Allen D. Russell<br>Taylor Taylor & Russell<br>2777 Allen Parkway, Ste. 1000<br>Houston, TX 77019 | Nueces Power Equipment<br>PO Box 4789<br>Corpus Christi, TX 78469 |
| MTX Transport Riviera Finance<br>P.O. Box 202487<br>Dallas, TX 75320-2487 | Pioneer Oilfield Trucking Inc.<br>P O Box 5774<br>Victoria, TX 77903 | Takeuchi Financial Services<br>c/o James Roach, VP<br>475 Sansome Street, 19th Floor<br>San Francisco, CA 94111 |

PARTIES REQUESTING NOTICE:

| | | |
|---|---|---|
| Christine A. March<br>Office of the U.S. Trustee<br>515 Rusk, Suite 3516<br>Houston, TX 77002 | Owen M. Sonik<br>Perdue, Brandon, Fielder, Collins & Mott<br>1235 North Loop West, Ste. 600<br>Houston, TX 77008 | John T. Banks<br>Perdue, Brandon, Fielder, Collins & Mott<br>3301 Northland Drive, Ste. 505<br>Austin, TX 78731 |
| Gregory M. Weinstein<br>Weinstein Radclifff Pipkin LLP<br>8350 N. Central Expressway, Ste. 1550<br>Dallas, TX 75206 | Matthew T. Taplett, Esq.<br>Pope, Hardwicke, Christie, Schell, Kelly, & Taplett, LLP<br>500 West 7th St., Ste. 600<br>Fort Worth, TX 76102 | William S. Chesney, III<br>Frank, Elmore, Lievens, Chesney & Turet, LLP<br>9225 Katy Fwy, Ste. 250<br>Houston, TX 77024-1564 |
| Jeffrey D. Stewart<br>Wells & Cuellar, P.C.<br>440 Louisiana, Ste. 718<br>Houston, TX 77002 | John M. Castillo<br>Farrimond Castillo & Bresnahan PC<br>130 E. Travis St., Ste. 350<br>San Antonio, TX 78205 | Beth Horton<br>Caterpillar Financial Services<br>2120 West End Avenue<br>Nashville, TN 37203 |
| Steven A. Leyh<br>Leyh Payne & Mallia, PLLC<br>9545 Katy Freeway, Ste. 200<br>Houston, TX 77024 | Will G. Bassham<br>SettlePro<br>3333 Lee Parkway, Eighth Floor<br>Dallas, TX 75219 | Donna Brown, P.C.<br>1250 S. Capital of Texas Hwy<br>Bldg. 1, Suite 320<br>Austin, TX 78746 |
| Charlie Shelton<br>Assistant Attorney General<br>Bankruptcy & Collections Div<br>PO Box 12548 MC-008<br>Austin, TX 78711-2548 | | |

CREDITORS

| | | |
|---|---|---|
| Action Resources Inc.<br>Dept # 1563<br>Box 11407<br>Birmingham, AL 35246-1563 | ADP Inc.<br>P.O. Box 842875<br>Boston, MA 02284-2875 | Airgas USA, LLC<br>P.O. Box 676015<br>Dallas, TX 75267-6015 |
| Alamo Lumber Company<br>PO Box 17258<br>San Antonio, TX 78217 | Allgayer, Inc<br>P.O. Box 611<br>El Campo, TX 77437 | Amp Control Electric Ltd.<br>c/o Stephen D. Finch<br>105 W. Donegan St.<br>Seguin, TX 78155 |
| Aqua Beverage Company<br>701-A West Jackson<br>El Campo, TX 77437 | ARA Transportation<br>1000 River Rd Ste L<br>San Marcos, TX 78666 | Armadillo Portable Toilets<br>P O Box 246<br>Columbus, TX 78934 |

| | | |
|---|---|---|
| AT & T Mobility<br>P O Box 6463<br>Carol Stream, IL 60197-6463 | AT&T - 2469<br>PO BOX 105414<br>Atlanta, GA 30348-5414 | AT&T 019<br>PO BOX 5019<br>Carol Stream, IL 60197-5019 |
| ATL-Transportation LLC<br>PO Box 617<br>Kyle, TX 78640 | ATT - 2573<br>PO BOX 105414<br>Atlanta, GA 30348-5414 | ATT-2576<br>PO Box 105414<br>Atlanta, GA 30348-5414 |
| ATT-2798<br>PO Box 5019<br>Carol Stream, IL 60197-5019 | ATT-2855<br>PO BOX 5019<br>Carol Stream, IL 60197-5019 | B Environmental<br>1606 E Brazos, Suite D<br>Victoria, TX 77901 |
| BAK Trucking Inc<br>P O Box 154<br>Moulton, TX 77975 | Bartlett Electric Cooperative Inc.<br>P.O. Box 200<br>27492 Highway 95<br>Bartlett, TX 76511 | BB&T/CSC Logic<br>PO Box 1518<br>Coppell, TX 75019 |
| Boundary Ventures, Inc.<br>1022 Schultz Rd.<br>Columbus, TX 78934 | Brenham Electric Motor Service<br>801 S Blue Bell Rd<br>Brenham, TX 77833 | Bryan Hose and Gasket<br>1800 Quality Park Lane<br>P.O. Box 2320<br>Bryan, TX 77806 |
| Bulverde Auto & Truck Supply<br>20475 Hwy 46 W Suite 340<br>Spring Branch, TX 78070 | Butch's Rat Hole & Anchor Serv<br>PO Box 1323<br>Levelland, TX 79336-1323 | Byron Watson Trucking Inc.<br>PO Box 250<br>Kirbyville, TX 75956 |
| Capital One<br>PO Box 60024<br>New Orleans, LA 70160-0024 | Capital One Bank<br>PO Box 1801<br>Laurel, MD 20725 | Caterpillar Financial Services<br>PO Box 340001<br>Nashville, TN 37203-0001 |
| Champion Septic Services<br>6977 FM 2319<br>Loraine, TX 79532 | Cintas - Altair<br>Loc. #082<br>PO Box 650838<br>Dallas, TX 75265 | Cintas - Milano #86<br>PO BOX 650838<br>Dallas, TX 75265 |
| Cintas - RUS<br>c/o Allen D. Russell<br>Taylor Taylor & Russell<br>2777 Allen Parkway, Ste. 1000<br>Houston, TX 77019 | Coastal Engine & Compression<br>PO Box 951<br>Edna, TX 77962 | Colorado County<br>c/o John T. Banks<br>3301 Northland Dr., Ste. 505<br>Austin, TX 78731 |
| Colorado County Appraisal District<br>P.O. Box 10<br>Columbus, TX 78934-0010 | Columbus Bearing & Industrial Sup<br>P.O. BOX 2112<br>Victoria, TX 77902 | Company Wrench<br>4805 Scooby Ln<br>Carroll Ohio 43112 |

Compliant Resolutions
2126 Wilderness Point Drive
Kingwood, TX 77339

Comptroller of Public Accounts
PO Box 149359
Austin, TX 78714-9359

Cook-Joyce Inc.
812 W 11th St.
Austin, TX 78701-2000

Cortex Business Solutions USA
~~PO Box 572260~~
~~Houston, TX 77257~~

Cross Roads Oil Field Supply LTD
P O Box 1546
El Campo, TX 77437

Crowe Company
PO Box 234
Milano, TX 76556

D & B Services
P O Box 1483
Victoria, TX 77902

DISA Inc
Dept 890314
PO Box 120314
Dallas, TX 75312-0314

DNOW L.P
PO BOX 200822
Dallas, TX 75320-0822

Doggett Heavy Machinery Serv
9111 North Frwy.
Houston, TX 77037-2038

DUCKETT, BOULIGNY & COLLINS
PO Box 1567
El Campo, TX 77437

Emedco Inc
39209 Treasury Center
Chicago, IL 60694-9200

Encore Industrial Products
PO BOX 300
Barker, TX 77413-0300

Energes, LLC
c/o Andrew Ketner
Hughes Arrell Kinchen LLP
1221 McKinney, Ste. 3150
Houston, TX 77010

ERGOS Technology
3831 Golf Drive
Houston, TX 77018-5218

Excel Micro, LLC
PO Box 9515
New York, NY 10087

Fedex
P O Box 660481
Dallas, TX 75266-0481

First Insurance Funding Corp.
PO Box 7000
Carol Stream, IL 60197-7000

Fitzgerald Trucking
P.O. Box 433
Minco, OK 73059

Frank Surveying Company Inc.
2205 Walnut Street
Columbus, TX 78934

G&K Services
PO BOX 842385
Boston, MA 02284-2385

G&K Services, Co.
C/o Frank A. Piazza, Jr.
820 Gessner, Ste. 1075
Houston, TX 77024

GBH CPAs, PC
6002 Rogerdale Road, Suite 500
Houston, TX 77072

GCR Tires & Service
PO Box 910530
Denver, CO 80291-0530

~~Goldberg Asset Monitoring LLC~~
~~19315 Bartlett Bay~~
~~San Antonio, TX 78216~~

Grainger Dept 849833462
PO Box 419267
Kansas City, MO 64141-6267

Gulf Coast Accusearch
2129 FM 2920 #190-119
Spring, TX 77388

Gyrodata Incorporated
Marco A. Castilla
23000 Northwest Lake Dr.
Houston, TX 77095

Hance Scarborough et al
400 W. 15th Street, Suite 950
Austin, TX 78701

Harris County Rentals
24010 Tomball Pkwy
Tomball, TX 77375

| | | |
|---|---|---|
| HCTRA - Violations DEPT 1<br>PO BOX 4440<br>Houston, TX 77210-4440 | Hill Country Springs<br>PO Box 2220<br>Manchaca, TX 78652-2220 | Hutchison Hayes Separation Inc.<br>Dept. 3256<br>PO Box 123256<br>Dallas, TX 75312-3256 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Ira Testers<br>PO Box 195<br>Ira, TX 79527 | Iron Mountain<br>PO Box 915004<br>Dallas, TX 75391 |
| J & W Auto Parts<br>205 FM 3013<br>Eagle Lake, TX 77434 | Jackson Walker L.L.P.<br>2323 Ross Ave., #600<br>Dallas, TX 75201 | Johnson Oil Company<br>PO Drawer 1959<br>Gonzales, TX 78629 |
| Ken Owens<br>PO Box 4121<br>Roswell, NM 88202 | Kerley & Sears, Inc<br>4331 Cement Valley Rd.<br>Midlothian, TX 76065 | Kimball Midwest<br>Dept. L-2780<br>Columbus, Ohio 43260-2780 |
| Knife River<br>PO Box 674<br>Bryan, TX 77806 | Komatsu Financial<br>PO Box 99303<br>Chicago, IL 60693-9303 | Komatsu Financial LP<br>c/o Ben L. Aderholt<br>9 Greenway Plaza, Ste. 1100<br>Houston, TX 77046 |
| Krause & Associates LP<br>504 West 13th Street<br>Austin, Texas 78701 | Kubco<br>Attn: Accts Receivable<br>8031 Breen Rd<br>Houston, TX 77064 | Lake Lumber Co Inc<br>200 Glen Flora Road<br>Eagle Lake, TX 77434 |
| Lavaca County Office Supply Inc.<br>South Texas School Furniture<br>PO Box 372<br>Hallettsville, TX 77964 | Lease Consultants<br>PO Box 71397<br>Des Moines IA 50325 | Machinery Maintenance Rebuilders<br>6927 Brittmoore Rd.<br>Houston, TX 77041 |
| Martin Electric Co. Inc.<br>1504 W. Jackson St.<br>El Campo, TX 77437 | Maverick Field Services Logistics<br>PO BOX 262<br>La Grange, TX 78945 | Memorial Hospital<br>PO BOX 587<br>Gonzales, TX 78629-0587 |
| Messy Oil & Gas<br>6690 Highway 71<br>Garwood, TX 77442 | Milano Water Supply<br>P O Box 181<br>Milano, TX 76556 | MTX Transport Riviera Finance<br>P.O. Box 202487<br>Dallas, TX 75320-2487 |
| Mustang Rental Services<br>PO Box 4346, Dept 188<br>Houston, TX 77210-4346 | ~~MVC Environmental Corp.~~<br>~~1918 Rachel Ln.~~<br>~~Round Rock, TX 78664~~ | MVC Environmental Corp.<br>Attn: David Williams<br>Tokarz Group Advisors<br>201 E. 5th St., Ste. 2310<br>Cincinnati, OH 45202 |

| | | |
|---|---|---|
| Northern Safety and Industrial<br>P O Box 4250<br>Utica, NY 13504-4250 | Nueces Power Equipment<br>PO Box 4789<br>Corpus Christi, TX 78469 | Office Depot<br>PO Box 88040<br>Chicago IL 60680-1040 |
| Ofi Testing Equipment<br>11302 Steeplecrest Drive<br>Houston, TX 77065 | Oil Patch Downhole Services, Inc.<br>c/o Holly Hamm<br>Snow Spence Green LLP<br>2929 Allen Parkway, Ste. 2800<br>Houston, TX 77019 | ~~Patriot Oilfield Services, LLC~~<br>~~101 W Goodwin~~<br>~~Victoria, TX 77901~~ |
| PaveTex Engineering and Testing<br>3989 Highway 290 East<br>Dripping Springs, TX 78620 | PCI Plate Cut Inc<br>7218 Canal St.<br>Houston, TX 77011 | Pierpont Communications<br>1800 West Loop South, Suite 800<br>Houston, TX 77027 |
| Pioneer Oilfield Trucking Inc.<br>P O Box 5774<br>Victoria, TX 77903 | Pioneer Oilfield Trucking, Inc.<br>C/O Garland Sandhop, Jr.<br>104 Regency Avenue<br>Victoria, TX 77904 | Pitney Bowes Global Financial Svc<br>P O Box 371887<br>Pittsburgh, PA 15250-7887 |
| Pitney Bowes Purchase Power<br>P O Box 371874<br>Pittsburgh, PA 15250-7874 | Polar Ice Inc.<br>PO Box 2312<br>Brenham, TX 77834 | Praxair<br>P O Box 120812 Dept 0812<br>Dallas, TX 75312-0812 |
| Pro Field Services Inc.<br>P.O. Box 525<br>Halletsville, TX 77964 | Progressive County Mutual Ins. Co.<br>P.O. Box 105428<br>Atlanta, GA 30348-5428 | Progressive Waste Solutions TX<br>North Central Texas District<br>PO Box 650308<br>Dallas TX 75265 |
| ProSearch USA LLC<br>5150 Broadway St, Suite 490<br>San Antonio, TX 78209 | Pump & Power Equipment LLC<br>PO BOX 450270<br>Houston, TX 77245 | PX Transportation DBA Star Bulk<br>4650 FM 482<br>New Braunfels, TX 78132 |
| Quality Electric Inc<br>1004 Collingsworth<br>Houston, TX 77009 | Quill Corporation<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | R Construction Company<br>PO Box 189<br>Buffalo, TX 75831-0189 |
| R. W. Byram & Company<br>25 N. Main St.<br>Elgin, TX 78621 | RBR Oil<br>c/o Stuart Maxey<br>Bradley Arant Boult Cummings LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2119 | Rhino Trucking<br>P.O. Box 11<br>Snyder, TX 79550 |
| Rice Medical Center<br>P O Box 277<br>Eagle Lake, TX 77434-0277 | Richard Munoz Trucking LLC<br>Riveria Finance<br>P.O. Box 202485<br>Dallas, TX 75320-2485 | Richard Munoz Trucking, LLC<br>c/o Ty J. Wood<br>PO Box 1069<br>Colorado City, TX 79512 |

Rigdata
P O Box 820547
Fort Worth, TX 76182-0547

Riviera Finance
C/O Fry Enterprises
819 Indian Run Dr
Pflugerville, TX 78660

Riviera Finance
c/o Bradley W. Cole
507 N. Sam Houston Pkwy, Ste. 296
Houston, TX 77060

Rockdale Welding Supply
2004 W Cameron Ave
Rockdale, TX 76567

Sage Environmental Consulting LP
PO Box 1883
San Antonio, TX 78297

San Bernard Electric Coop Inc
P O Box 309
Columbus, TX 78934-0309

Santander Consumer USA Inc.
dba Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-1245

Schwerman Trucking
611 South 28th St.
Milwaukee, WI 53215

Schwerman Trucking
c/o Dan L. Fulkerson
2900 North Loop West, Ste 500
Houston, TX 77092

Screiber, LLC
c/o Kellye M. Walne
Walne Law, PLLC
4900 Woodway, Ste. 975
Houston, TX 77056

Silver Eagle Environmental Sol.
191 Beechcraft Lane
Seguin, TX 78155

SJ Trucking LLC
2105 FM 1470
Poteet, TX 78065

SOB Transportation
6690 Highway 71
Garwood, TX 77442

Sparkletts Standard
PO Box 660579
Dallas, TX 75266-0579

State Tax Advisors LP
1308 Kingwood Drive, #102
Kingwood, TX 77339

Stewart Organization
PO Box 166708
Irving, TX 75016

~~Strouhal Tire Recapping Plant~~
~~PO Box 1000~~
~~El Campo, TX 77437~~

SunTrust Bank, Support Services
Bankruptcy Dept., PO Box 85092
Richmond, VA 23286

Takeuchi Financial Services
c/o James Roach, VP
475 Sansome Street, 19th Floor
San Francisco, CA 94111

Texas Disposal Systems Inc.
PO Box 660816
Dallas, TX 75266-0817

Texas Process Equipment
DEPT 678
PO BOX 4346
Houston, TX 77210

Texas Propane
PO Box 429
Hwy 77 North
Rockdale, TX 76567

The Witherspoon Law Firm
9210 Larston St.
Houston, TX 77055-6418

Tommie Vaughn Auto Country
PO Box 550
Columbus, TX 78934

TSI Laboratories
1810 South Laurent
Victoria, TX 77901

TxTag
PO Box 650749
Dallas, TX 75265

Uline Attn: Accts. Receivable
PO Box 88741
Chicago, IL 60680-1741

United Rentals North America Inc.
PO Box 840514
Dallas, TX 75284-0514

Unum Life Insurance Company
PO Box 409548
Atlanta, GA 30384-9548

Waukesha-Pearce Industries Inc
P.O BOX 204116
Dallas, TX 75320-4116

Wells Fargo Equipment Finance
Attn: Julie A. Peet
600 South 4th St., Floor 10
Minneapolis, MN 55415

Wells Fargo Vendor Financial Serv
Attn: Lisa Boddicker
1010 Thomas Edison Blvd, SW
Cedar Rapids, IA 52404

Wholesale Chemical Company Inc
PO Box 130028
The Woodlands TX 77393

XTIRI
PO Box 2947
St. George, UT 84771-2947

Yancey Transportation
P.O. Box 2824
Conroe, TX 77305

Railroad Commission of Texas
General Counsel Office
1701 North Congress
Austin, TX 78701

Securities & Exchange Commission
Bankruptcy Section
175 W. Jackson Blvd #900
Chicago, IL 60604

MTX Transport
c/o Nelson Cooper & Ortiz
9800 Centre Pkwy, Ste. 800
Houston, TX 77036